```
                                                            TERMED TRANSF
                    U.S. District Court
         Southern District of California (San Diego)

            CIVIL DOCKET FOR CASE #: 05-CV-1507
```

Suarez v. Intel Corporation                              Filed: 07/27/05
Assigned to: Judge Thomas J. Whelan         Jury demand: Plaintiff
        Referred to: Magistrate Judge Ruben B. Brooks
Demand: $0,000                              Nature of Suit:  410
Lead Docket: None                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1331 Fed. Question: Anti-trust


JUSTIN SUAREZ, on behalf of        Michael L Kirby
himself and all others             (619)231-9593
similarly situated                 [COR LD NTC]
     plaintiff                     Kirby Noonan Lance and Hoge
                                   600 West Broadway
                                   Suite 1100
                                   San Diego, CA 92101-3302
                                   (619)231-8666


    v.


INTEL CORPORATION, a Delaware      Joy K Fuyuno
corporation                        (415)393-2286
    defendant                      [COR LD NTC]
                                   Bingham McCutchen
                                   Three Embarcadero Center
                                   San Francisco, CA 94111-4067
                                   (415)393-2000


Received JAN 9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I hereby attest and certify on 1/5/06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy


Docket as of January 5, 2006 2:06 pm                    Page 1

Proceedings include all events.                                        TERMED
3:05cv1507 Suarez v. Intel Corporation
                                                                       TRANSF

| | | |
|---|---|---|
| 7/27/05 | 1 | Complaint Filed; (referred to Magistrate Judge Ruben B. Brooks ) Receipt No/Amt of Fee: 115812,$250.00 t/w jury demand (swd) [Entry date 07/28/05] |
| 7/27/05 | 2 | Summons issued (swd) [Entry date 07/28/05] |
| 8/5/05 | 3 | Notice by plaintiff Justin Suarez of filing of motion to transfer and consolidate or coordinate for pretrial proceedings in the Southern District of CA to the MDL Panel (bar) [Entry date 08/05/05] |
| 8/5/05 | 4 | Brief Filed by plaintiff Justin Suarez regarding notice of filing of motion to the MDL Panel[3-1] (bar) [Entry date 08/05/05] |
| 8/9/05 | 5 | Notice of filing of reply submision of movants withdrawing request to transfer and consolidate or coordinate for pretrial proceedings in the Northern District of CA; supporting requests to transfer and consolidate or coordinate for pretrial proceedings in the District of Delaware; and requesting summary disposition by the MDL Panel pursuant to rule 16.1(c) (bar) [Entry date 08/09/05] |
| 8/10/05 | 6 | Notice of filing of courtesy copy the Kidwell Group's cross motion to transfer and coordinate or consolidate for pretrial proceedings in the District of Delaware pursuant to 28USC1407 re MDL 1717 in re Intel Market Practices Antitrust Litigation (bar) [Entry date 08/10/05] |
| 8/29/05 | 7 | Return of Service of summons and cmp executed upon defendant Intel Corporation on 8/22/05 (tkl) [Entry date 08/30/05] |
| 9/1/05 | 8 | Minutes: Enter Order; Judge Jeffrey T. Miller recuses himself from the case and orders that the case be reassigned to another judge Case reassigned to Judge Thomas J. Whelan new case # 05cv1507W(RBB) (axr) [Entry date 09/02/05] |
| 9/1/05 | 9 | Order of recusal by Judge Jeffrey T. Miller: Judge Miller recuses from case and orders case be reassigned to another judge. New case 05cv1507-W(RBB). (tkl) [Entry date 09/02/05] |
| 9/2/05 | 10 | Notice of Party with Financial Interest by Intel Corporation (kaj) [Entry date 09/06/05] |
| 9/13/05 | 11 | Stipulation and Order by Judge Thomas J. Whelan: It is ordered that dft Intel Corp's response to pla's complaint shall be due either 60 days after transfer of the case pursuant to any motion or in the alternative, 45 days after any such motion has been denied (axr) [Entry date 09/15/05] |
| 1/5/06 | 12 | MDL Order Case transferred to District of Delaware; t/w case file, mdl order, and transfer letter (bar) |

Docket as of January 5, 2006 2:06 pm                              Page 2

```
Proceedings include all events.                                          TERMED
3:05cv1507 Suarez v. Intel Corporation
                                                                         TRANSF
         [Entry date 01/05/06]
```