VIOLATIONS ALLEGED
FIRST CLAIM FOR RELIEF
Violations of the Cartwright Act,
California Business & Professions Code §16720, et seq.
(Against All Defendants)

141.  Plaintiff incorporates by reference and realleges paragraphs 1 through 140 above, as fully set forth herein.

142.  Beginning at a time presently unknown to plaintiff, and continuing thereafter to the present, defendant and others, including those presently unknown, entered into and engaged in a continuing unlawful trust in restraint of trade and commerce described above in violation of California Business and Professions Code section 16720.

143.  The aforesaid violations of California Business and Professions Code section 16720 consisted, without limitation, of a continuing combination, trust, agreement, understanding, and concert of action among the Defendant, and others, which restrained trade and commerce in the sale or distribution of Intel x86 microprocessor chips, in California and the United States.

144.  For the purpose of forming and effectuating the aforesaid unlawful trust, the Defendant and others have done those things to which they agreed, combined, and conspired as described above.

145.  The aforesaid unlawful trust has had the following effects, among others, including the effects described above:

a.  Competition in the sale of x86 microprocessor chips and end-products containing such chips has been suppressed, restrained, or eliminated;

b.  Prices of x86 microprocessor chips indirectly purchased by plaintiff and other members of the Plaintiff Class including end-products have been raised, fixed, maintained, and stabilized at artificial and non-competitive levels.

146.  During the period covered by this Complaint, plaintiff and the other members of the Plaintiff Class purchased x86 microprocessor chips indirectly from Intel for their own use and not for re-sale. By reason of the alleged violations of the

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1   antitrust laws, plaintiff and other members of the Plaintiff Class paid more for x86

2   microprocessor chips than they would have paid in the absence of the illegal trust,

3   have had their choices limited and, as a result, have been injured in their business

4   and property and have suffered damages in an amount according to proof at trial.

### SECOND CLAIM FOR RELIEF
#### Common Law Monopolization and Attempted Monopolization
#### (Against All Defendants)

7       147.    Plaintiff incorporates by reference and realleges paragraphs 1-146

8   above, as though fully set forth herein.

9       148.    Defendant has engaged in acts and practices as described above

10  without justification that operate to exclude competition in the x86 microprocessor

11  chip markets and to acquire, maintain, and increase their monopoly power and

12  attempt to acquire, maintain, and increase such monopoly power in California and the

13  United States.  Both the purpose and the effect of these acts and practices have been

14  to restrain competition in the relevant markets for x86 microprocessor chips, thereby

15  enabling Intel to maintain a monopoly over that market, creating a dangerous

16  probability of successful monopolization of that market and to charge supra-

17  competitive prices.

18      149.    By engaging in such acts of exclusion, defendant have engaged in

19  unlawful monopolization and attempted monopolization.

20      150.    These exclusionary acts and practices lack legitimate business

21  justification are not reasonably necessary to further any legitimate pro-competitive

22  purpose, and impair competition in an unnecessarily restrictive way.

23      151.   The defendant's exclusionary and restrictive practices described herein

24  have caused significant harm to class members by increasing the prices they have

25  paid for Intel x86 chips above competitive levels and by denying them a free choice in

26  a competitive market.  As a result of the exclusionary and restrictive practices it has

27  imposed on others, including those described herein, defendant has raised and

28  reinforced barriers to market entry so as to forestall the development of actual

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1   competition in the relevant market. The resultant monopoly power has enabled Intel

2   to price their x86 chips in a monopolistic fashion. CEMs and others have passed

3   these monopoly prices on to consumers, including particularly to plaintiff and the

4   class members.

5       152.   As a direct and proximate result of defendant's acts of monopolization

6   and attempted monopolization as alleged herein, plaintiff and the members of the

7   Plaintiff Class have suffered actual damages in an amount to be proven at trial.

8       153.   Defendant' acts of monopolization as described herein were intended to

9   monopolize and suppress competition in the relevant markets and to injure

10  consumers. Defendant' acts of monopolization were and included acts of fraud,

11  malice and oppression and were done with conscious disregard of the rights upon

12  consumers, including plaintiff and the Plaintiff Class. Accordingly, an award of

13  punitive damages is justified in order to make an example of Defendant, to punish

14  Defendant, and to deter Defendant, and others, from engaging in the same or similar

15  conduct. Plaintiff, and the members of the Plaintiff Class, seeks an award of punitive

16  damages in an amount according to proof at trial.

**THIRD CLAIM FOR RELIEF**
**Violations of the Cartwright Act,**
**California Business & Professions Code §16727**
**(Against All Defendants)**

20      154.   Plaintiff incorporates by reference and realleges paragraphs 1-153

21  above, as though fully set forth herein.

22      155.   Defendant has engaged in sales, contracts, agreements or

23  understandings for the sale of x86 microprocessor chips for use within the California

24  and the United States, or fixed prices charged therefore, or discounts from, or rebates

25  upon, such prices, on the condition, agreement or understanding that the purchasers

26  not use or deal in the x86 microprocessor chips of a competitor or competitors.

27      156.   The effect of such exclusive dealing sales or contracts, agreements or

28  understandings may be to substantially lessen competition or tend to create a

PKNS\381148.1

1   monopoly in x86 microprocessor chips within the State of California and the United

2   States.

3        157.   As a result of the exclusionary and restrictive practices described herein,

4   Intel has imposed on others, raised and reinforced barriers to market entry so as to

5   forestall the development of actual competition in the relevant market.  The resultant

6   monopoly power has enabled Intel to price their x86 microprocessor chips in a

7   monopolistic fashion.  OEMs and others have passed these monopoly prices on to

8   consumers, including particularly to plaintiff and the class members.

9        158.   As a direct and proximate result of defendant's acts of exclusionary and

10  restrictive practices as alleged herein, plaintiff and the members of the Plaintiff Class

11  have suffered injury in their business or property as plaintiff and other members of the

12  Plaintiff Class paid more for x86 microprocessor chips than they would have paid in

13  the absence of the such conduct and have had their choices artificially limited.

14  Plaintiff and the members of the Plaintiff Class have thereby suffered damages in an

15  amount according to proof at trial.

16                              **REQUEST FOR RELIEF**

17       WHEREFORE, plaintiffs pray:

18       1.     This Court certify the Plaintiff Class;

19       2.     This Court declare that defendants have engaged in combinations of

20  capital, skill and acts with others constituting a trust for the purpose of creating or

21  carrying out restrictions in trade or commerce, limiting and reducing the production

22  and increasing the price of merchandise or a commodity, and preventing competition

23  in manufacturing, making, transportation, sale or purchase of merchandise, products,

24  or a commodity, in violation of the Cartwright Act (California Business and

25  Professions Code section 16720 et seq.), in violation of the of the common law of

26  monopolization, and exclusive dealing that may substantially lessen competition or

27  tend to create a monopoly in x86 microprocessor chips within the State of California

28  and the United States for (California Business and Professions Code section 16727);

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1    3.    On the First Cause of Action (Cartwright Act – Illegal Trust): Plaintiffs

2 and the members of the Class recover their actual damages, in an amount to be

3 determined at trial, and said amount be trebled pursuant to California Business and

4 Professions Code section 16750;

5 4.    On the Second Cause of Action (Monopolization): Plaintiffs and the members

6 of the Class recover their actual damages, in an amount to be determined at trial, and

7 punitive damages in an amount to be determined at trial;

8    5.    On the Third Cause of Action (Cartwright Act – Exclusive Dealing):

9 Plaintiffs and the members of the Class recover their actual damages, in an amount

10 to be determined at trial, and said amount be trebled pursuant to California Business

11 and Professions Code section 16750;

12    6.    That defendants be enjoined from further acts in violation of the

13 aforesaid;

14    7.    That plaintiffs and the members of the Class recover their reasonable

15 attorneys' fees and costs of suit;

16    8.    That plaintiffs and the members of the Class recover pre-judgment and

17 post-judgment interest on the above sums at the highest rate allowed by law; and

18    9.    That plaintiff and the members of the Class be granted such other and

19 further relief as this Court deems to be just and equitable.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1

## JURY DEMAND

2      Plaintiff demands a trial by jury on all claims so triable.

3

4    DATED: July 27, 2005           POST KIRBY NOONAN & SWEAT LLP

5

6                      By:  _____

7                         Michael L. Kirby
                         Jonathan A. Boynton

8                         Attorneys for PLAINTIFFS

9                         **THE MOGIN LAW FIRM, P.C.**
                         Daniel J. Mogin

10                        Lisa J. Frisella
                         Chad M. McManamy

11

12                         Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PKNS\381148.1

-49-

CLASS ACTION COMPLAINT

POST KIRBY NOONAN & SWEAT LLP<br>ONE AMERICA PLAZA<br>600 WEST BROADWAY, SUITE 1100<br>SAN DIEGO, CALIFORNIA 92101-3387

1

## CERTIFICATE OF SERVICE

2

JUDGE:        Jeffrey T. Miller
MAGISTRATE  Ruben B. Brooks

3 <u>Justin Suarez, et al. v. Intel Corp., et al.</u>
U.S. District Court, Southern District of California Case No. 05-cv-1507 JM (RBB)

4

5

### Before the Judicial Panel on Multidistrict Litigation

6

MDL # 1717

7

### In re Intel x86 Microprocessor Litigation

8

9        I, the undersigned, declare: That I am, and was at the time of service of the papers
herein referred to, over the age of eighteen years, and not a party to the action; and I am
10   employed in the County of San Diego, California, in which county the within-mentioned
mailing occurred. My business address is 600 West Broadway, Suite 1100, San Diego,
11   California 92101-3387.

12        On August 3, 2005, at San Diego, California, I served the following document(s)
described as:
13

14   •    MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR
PRETRIAL PROCEEDINGS IN THE SOUTHERN DISTRICT OF
15        CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

16   •    BRIEF IN SUPPORT OF MOTION TO TRANSFER AND COORDINATE
OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE SOUTHERN
17        DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

18   •    CERTIFICATE OF SERVICE

19   on the parties in said action by placing a true copy thereof in a separate sealed envelope for
each addressee named hereafter, addressed to each such addressee respectively as stated on the
20   attached service list, which reflects the address last given by each such addressee on any
document filed in the action and served on this office.

21   Clerk of the Court                          Clerk of the Court
United States District Court               United States District Court
22   Southern District of California            District of Delaware
800 Front Street, Suite 4290              J. Caleb Boggs Federal Building
23   San Diego, CA 92101-8900                 844 N. King Street
Wilmington, DE 19801
24

25   Clerk of the Court                          **SEE ATTACHED MASTER**
United States District Court               **SERVICE LIST**
26   Northern District of California
450 Golden Gate Avenue, 16th Floor
27   San Francisco, CA 94102

28

PKNS\381462.1

1

☒ **BY MAIL:** I am readily familiar with our business practice for collecting, processing
2   and mailing correspondence and pleadings with the United States Postal Service. Such
correspondence and pleadings are deposited with the United States Postal Service on
3   the same day that they are placed for mailing in the ordinary course of business. I
sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing
4   in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United
5   States of America that the foregoing is true and correct and that I am employed in the
office of a member of the bar of this Court at whose direction the service was made.
6

7   Executed on August 3, 2005, at San Diego, California.

8

9                                                            Rose M. Reynolds

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

# MASTER SERVICE LIST

*Advanced Micro Devices, Inc., et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00441-JJF

Advanced Micro Devices, Inc., and
AMD International Sales & Service, LTD.,
Plaintiffs

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com
Lead Attorney
Attorney to be noticed

Charles P. Diamond
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: CDiamond@omm.com
Attorney to be noticed

Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: lsmith@omm.com
Attorney to be noticed

Mark A. Samuels
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 553-6700
Pro Hac Vice
Email: MSamuels@omm.com
Attorney to be noticed

Intel Corporation and
Intel Kabushiki Kaisha,
Defendants

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Pro Hac Vice
Email:  bernhard@howrey.com
Attorney to be noticed

*Jim Kidwell, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00470-JJF

| | |
|---|---|
| Jim Kidwell, | A. Zachary Naylor |
| Mary Reeder, | Chimicles & Tikellis, LLP |
| John Maita, | One Rodney Square |
| JWRE, Inc., | P.O. Box 1035 |
| Chrystal Moeller, and | Wilmington, DE 19899 |
| Caresse Harms, *on their own behalves and* | (302) 656-2500 |
| *on behalf of all others similarly situated*, | Email: zacharynaylor@chimicles.com |
| Plaintiffs | Lead Attorney |
| | Attorney to be noticed |
| | |
| Intel Corporation, Defendant | Richard L. Horwitz |
| | Potter Anderson & Corroon, LLP |
| | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| | Email: rhorwitz@potteranderson.com |
| | Lead Attorney |
| | Attorney to be noticed |

*Robert J. Rainwater, et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00473-JJF

| | |
|---|---|
| Robert J. Rainwater,<br>Kathy Ann Chapman, and<br>Sonia Yaco, *on their own behalves and on*<br>*behalf of all others similarly situated*,<br>Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Matthew Kravitz, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00476-JJF

Matthew Kravitz and
Raphael Allison, *individually and on behalf
of all others similarly situated*,
Plaintiffs

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email:  Jmcmillan@bmf-law.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Michael Ruccolo, et al. v. Intel Corporation*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00478-JJF

Michael Ruccolo, *individually and on behalf*
*of all others similarly situated*,
Plaintiff

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S. State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email: schambers@scbmittrod.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Phil Paul, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00485-JJF

| | |
|---|---|
| Phil Paul, *on behalf of himself and all others similarly situated,* Plaintiff | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: jlholzman@prickett.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ryan James Volden, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00488-JJF

| | |
|---|---|
| Ryan James Volden,<br>Charles Dupraz,<br>Vanessa Z. DeGeorge,<br>Melissa Goeke,<br>James R. Conley,<br>Nancy Bjork,<br>Tom Kidwell,<br>Jeff Vaught, *on their own behalves and on<br>behalf of all others similarly situated*,<br>Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ludy A. Chacon, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00489-JJF

Ludy A. Chacon and
Darice Russ, *individually and on behalf of all*
*others similarly situated,*
Plaintiffs

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: jgoddess@rmgglaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Michael K. Simon, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00490-JJF

Michael K. Simon, *on behalf of himself and*
*all others similarly situated,* Plaintiff

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: jgoddess@rmgglaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Christian Ambruoso, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00505-JJF

Christian Ambruoso, *on behalf of himself*
*and all others similarly situated,* Plaintiff

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:  rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Elizabeth Bruderle Baran, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00508-JJF

Elizabeth Bruderle Baran, *on behalf of*
*herself and all others similarly situated,*
Plaintiff

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Paul C. Czysz, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00509-JJF

| | |
|---|---|
| Paul C. Czysz, *on behalf of himself and all others similarly situated,* Plaintiff | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Matthew E. Ludt, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00510-JJF

| | |
|---|---|
| Michael E. Ludt, *on behalf of himself and all others similarly situated,* Plaintiff | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Ficor Acquisition Co., LLC, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00515-JJF

Ficor Acquisition Co. LLC., *doing business*
*as* Mills & Greer Sporting Goods,
Richard Caplan,
Maria Pilar Salgado
Paula Nardella,
Nancy Wolfe,
Leslie March,
Tom Hobbs,
Andrew Marcus, and
Virginia Deering, *on their own behalves and*
*on behalf of all others similarly situated*,
Plaintiffs

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
Lead Attorney
Attorney to be noticed

*Fairmont Orthopedics & Sports Medicine, P.A., et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00519-JJF

| | |
|---|---|
| Fairmont Orthopedics & Sports Medicine PA, *on behalf of itself and all others similarly situated,* Plaintiffs | David William Gregory<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: dwgregory@prickett.com<br>Lead Attorney<br>Attorney to be noticed |

*Law Offices of Kwasi Asiedu, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00520-JJF

Law Offices of Kwasi Asiedu, *on behalf of*
*itself and all others similarly situated,*
Plaintiffs

David William Gregory
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email:  dwgregory@prickett.com
Lead Attorney
Attorney to be noticed

*HP Consulting Services, Inc., et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington), Case No. 1:05-cv-00521-JJF

HP Consulting Services Inc., *on behalf of*
*itself and all others similarly situated,*
Plaintiffs

David William Gregory
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email:  dwgregory@prickett.com
Lead Attorney
Attorney to be noticed

*Lena K. Manyin, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00526-UNA

| | |
|---|---|
| Lena K. Manyin and Jason Craig, *on their own behalves and on behalf of all others similarly situated*, Plaintiffs | Scott E. Chambers Schmittinger & Rodriguez, P.A. 414 S. State St. P.O. Box 497 Dover, DE 19903 (302) 674-0140 Email: schambers@scbmittrod.com Lead Attorney Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr. P.O. Box 951 Wilmington, DE 19899-0951 (302) 984-6000 Email: rhorwitz@potteranderson.com |

*Carrol Cowan, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00522-JJF

| | |
|---|---|
| Carrol Cowan,<br>Leonard Lorenzo, and<br>Russell Dennis, *individually and on behalf of*<br>*all others similarly situated*, Plaintiffs | A. Zachary Naylor<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>Email: zacharynaylor@chimicles.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com<br>Lead Attorney<br>Attorney to be noticed |

*Jerome Feitelberg, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00532-UNA

Jerome Feitelberg, *on behalf of himself and*          James L. Holzman
*all others similarly situated,* Plaintiffs             Prickett, Jones & Elliott, P.A.
                                                        1310 King St.
                                                        P.O. Box 1328
                                                        Wilmington, DE 19899
                                                        (302) 888-6500
                                                        Email: jlholzman@prickett.com
                                                        Lead Attorney
                                                        Attorney to be noticed

Intel Corporation, Defendant                            Richard L. Horwitz
                                                        Potter Anderson & Corroon, LLP
                                                        1313 N. Market St., Hercules Plaza, 6th Flr.
                                                        P.O. Box 951
                                                        Wilmington, DE 19899-0951
                                                        (302) 984-6000
                                                        Email: rhorwitz@potteranderson.com
                                                        Lead Attorney
                                                        Attorney to be noticed

*Joseph Samuel Cone, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00531-UNA

| | |
|---|---|
| Joseph Samuel Cone, *on behalf of himself and all others similarly situated,* Plaintiffs | Jeffrey S. Goddess<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>Email: jgoddess@rmgglaw.com<br>Lead Attorney<br>Attorney to be noticed |

*Robin S. Weeth, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. 1:05-cv-00533-UNA

| | |
|---|---|
| Robin S. Weeth, *on behalf of himself and all others similarly situated,* Plaintiffs | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: jlholzman@prickett.com |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  rhorwitz@potteranderson.com |

*Maria Griffin, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00540-UNA

| | |
|---|---|
| Maria Griffin *on, behalf of herself and all others similarly situated,* Plaintiffs | Scott E. Chambers<br>Schmittinger & Rodriguez, P.A.<br>414 S. State St.<br>P.O. Box 497<br>Dover, DE 19903<br>(302) 674-0140<br>Email: schambers@scbmittrod.com<br>Lead Attorney<br>Attorney to be noticed |
| Intel Corporation, Defendant | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com |

*Melinda Harr, D.D.S., P.C., et al.  v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00537-UNA

Melinda Harr, D.D.S., P.C., *on behalf of*              James L. Holzman
*itself and all others similarly situated,*              Prickett, Jones & Elliott, P.A.
Plaintiffs                                               1310 King St.
                                                         P.O. Box 1328
                                                         Wilmington, DE 19899
                                                         (302) 888-6500
                                                         Email: jlholzman@prickett.com
                                                         Lead Attorney
                                                         Attorney to be noticed

*Andrew S. Cohn, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00539-UNA

Andrew S. Cohn, *on behalf of himself and all others similarly situated,* Plaintiffs

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S. State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email: schambers@scbmittrod.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

*Henry Kornegay, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00541-UNA

| | |
|---|---|
| Henry Kornegay, *on behalf of himself and all others similarly situated,* Plaintiffs | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Email: jholzman@prickett.com<br>Lead Attorney<br>Attorney to be noticed |

*Paul Ramos, et al. v. Intel Corporation, et al.*
U.S. District Court, District of Delaware (Wilmington) Case No. l:05-cv-00544-UNA

Paul Ramos, *on behalf of himself and all*          Scott E. Chambers
*others similarly situated,* Plaintiffs              Schmittinger & Rodriguez, P.A.
                                                      414 S. State St.
                                                      P.O. Box 497
                                                      Dover, DE 19903
                                                      (302) 674-0140
                                                      Email:  schambers@scbmittrod.com
                                                      Lead Attorney
                                                      Attorney to be noticed

*David E. Lipton, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco),
Case No. 3:05-cv-02669-MHP

David E. Lipton and
Dana F. Thibedeau, *individually and on
behalf of all others similarly situated*,
Plaintiffs

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: tony@hbsslaw.com
Attorney to be noticed
Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email: elain@hagens-berman.com
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Attorney to be noticed
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com

Attorney to be noticed

| | |
|---|---|
| Michael Brauch,<br>Andrew Meimes, and<br>Benjamin Allanoff,<br>Movants | Michael P. Lehmann<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>Email: mplehmann@furth.com<br>Lead Attorney<br>Attorney to be noticed |
| Patrick J. Hewson,<br>Movant | Peter E. Borkon<br>Schubert & Reed LLP<br>Two Embarcadero Center<br>Suite 1600<br>San Francisco, CA 94111<br>(415) 788-4220<br>Email: pborkon@schubert-reed.com<br>Attorney to be noticed |
| Lawrence Lang, Movant | Mario Nunzio Alioto<br>Trump Alioto Trump & Prescott LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>(415) 346-0679<br>Email: malioto@tatp.com<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney<br>Attorney to be noticed<br><br>Julie Greenwald<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: julie.greenwald@bingham.com<br>Attorney to be noticed |

*Maria I. Prohias, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02699-MHP

| | |
|---|---|
| Maria I. Prohias, *individually and on behalf of all others similarly situated,* Plaintiffs | Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>(206) 623-7292<br>Email: tony@hbsslaw.com<br>Lead Attorney<br>Attorney to be noticed |

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email: elain@hagens-berman.com
Lead Attorney
Attorney to be noticed

Howard M. Bushman
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
(305) 536-8222
Email: hbushman@harkeclasby.com
Lead Attorney
Attorney to be noticed

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Lead Attorney

Attorney to be noticed

Lance C. Harke
Harke & Clasby, LLP
155 So. Miami Avenue, Suite 600
Miami, FL 33131
(305) 536-8222
Email: lharke@harkeclasby.com
Lead Attorney
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Lead Attorney
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Ronald Konieczka, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02700-MHP

| | |
|---|---|
| Ronald Konieczka, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey S. Goldenberg<br>Murdock Goldenberg Schneider & Groh, P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>(513) 345-8291<br>Lead Attorney<br>Attorney to be noticed |

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: tony@hbsslaw.com
Attorney to be noticed

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Email: elain@hagens-berman.com
Attorney to be noticed

John C. Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
(513) 345-8291
Attorney to be noticed

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Patricia Niehaus, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02720-MHP

| | |
|---|---|
| Patricia M. Niehaus, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed<br><br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>(206) 623-7292<br>Email: tony@hbsslaw.com<br>Attorney to be noticed<br><br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Email: elain@hagens-berman.com<br>Attorney to be noticed<br><br>Jeffrey S. Goldenberg<br>Murdock Goldenberg Schneider & Groh, P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>(513) 345-8291<br>Attorney to be noticed<br><br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>(513) 345-8291<br>Attorney to be noticed<br><br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller |

425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: kscanlan@jfkellerlaw.com
Attorney to be noticed

Lee M. Gordon
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
(213) 330-7150
Attorney to be noticed

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292
Email: steve@hbsslaw.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Steven J. Hamilton, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02721-MHP

| | |
|---|---|
| Steve J. Hamilton, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email:  jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed<br><br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>(206) 623-7292<br>Email:  tony@hbsslaw.com<br>Attorney to be noticed<br><br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>(213) 330-7150<br>Email:  elain@hagens-berman.com<br>Attorney to be noticed<br><br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email:  kscanlan@jfkellerlaw.com<br>Attorney to be noticed<br><br>Lee M. Gordon<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>(213) 330-7150<br>Attorney to be noticed |

                                        Steve W. Berman
                                        Hagens Berman Sobol Shapiro LLP
                                        1301 Fifth Avenue, Suite 2900
                                        Seattle, WA 98101
                                        (206) 623-7292
                                        Email: steve@hbsslaw.com
                                        Attorney to be noticed

Intel Corporation, Defendant            Joy K. Fuyuno
                                        Bingham McCutchen LLP
                                        Three Embarcadero Center
                                        San Francisco, CA 94111-4067
                                        (415) 393-2000
                                        Email: joy.fuyuno@bingham.com
                                        Lead Attorney
                                        Attorney to be noticed

                                        Julie Greenwald
                                        Bingham McCutchen LLP
                                        Three Embarcadero Center
                                        San Francisco, CA 94111-4067
                                        (415) 393-2000
                                        Email: julie.greenwald@bingham.com
                                        Attorney to be noticed

*Michael Brauch, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02743-MHP

Michael Brauch and
Andrew Meimes, *on behalf of themselves
and all others similarly situated,* Plaintiffs

Michael P. Lehmann
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: mplehmann@furth.com
Lead Attorney
Attorney to be noticed

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: aturan@furth.com
Attorney to be noticed

Frederick P. Furth
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Attorney to be noticed

Thomas Patrick Dove
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: tdove@furth.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email:  julie.greenwald@bingham.com
Attorney to be noticed

*Susan Baxley, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02758-MHP

| | |
|---|---|
| Susan Baxley, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed |
| | Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>(212) 682-1818<br>Email: ebelfi@murrayfrank.com<br>Attorney to be noticed |
| | Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>(651) 287-2100<br>Email: g.blanchfield@rwblawfirm.com<br>Attorney to be noticed |
| | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>(651) 287-2100<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com |

Lead Attorney
Attorney to be noticed

Julie Greenwald
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: julie.greenwald@bingham.com
Attorney to be noticed

*Huston Frazier, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02813-MHP

Huston Frazier,
Jeanne Cook Frazier, and
Brian Weiner,
Plaintiffs

David S. Stellings
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Lead Attorney
Attorney to be noticed

Jennifer Gross
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Lead Attorney
Attorney to be noticed

Michele Chickerell Jackson
Lieff Cabraser Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
Email: mjackson@lchb.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Dwight E. Dickerson, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02818-MHP


Dwight E. Dickerson, *on behalf of himself*          Bruce J. Wecker
*and all others similarly situated*, Plaintiffs      Hosie McArthur LLP
                                                     One Market, Spear Street Tower
                                                     22nd Floor
                                                     San Francisco, CA 94105
                                                     (415) 247-6000
                                                     Email: bwecker@hosielaw.com
                                                     Lead Attorney
                                                     Attorney to be noticed

                                                     Spencer Hosie
                                                     Hosie McArthur LLP
                                                     One Market, Spear Street Tower
                                                     22nd Floor
                                                     San Francisco, CA 94105
                                                     (415) 247-6000
                                                     Email: bwecker@hosielaw.com
                                                     Lead Attorney
                                                     Attorney to be noticed

Intel Corporation, Defendant                         Joy K. Fuyuno
                                                     Bingham McCutchen LLP
                                                     Three Embarcadero Center
                                                     San Francisco, CA 94111-4067
                                                     (415) 393-2000
                                                     Email: joy.fuyuno@bingham.com
                                                     Lead Attorney

                                                     Christopher B. Hockett
                                                     Bingham McCutchen LLP
                                                     Three Embarcadero Center
                                                     San Francisco, CA 94111-4067
                                                     (415) 393-2000
                                                     Email: chris.hockett@bingham.com
                                                     Attorney to be noticed

*The Harman Press, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02823-MHP

The Harman Press, *on behalf of itself and all*                Richard Alexander Saveri
*others similarly situated,* Plaintiffs                        Saveri & Saveri, Inc.
                                                               111 Pine Street, Suite 1700
                                                               San Francisco, CA 94111
                                                               (415) 217-6810
                                                               Email: rick@saveri.com
                                                               Lead Attorney
                                                               Attorney to be noticed

                                                               Cadio Zirpoli
                                                               Saveri & Saveri, Inc.
                                                               111 Pine Street, Suite 1700
                                                               San Francisco, CA 94111
                                                               (415) 217-6810
                                                               Email: zirpoli@saveri.com
                                                               Attorney to be noticed

                                                               Geoffrey C. Rushing
                                                               Saveri & Saveri
                                                               111 Pine Street, Suite 1700
                                                               San Francisco, CA 94111
                                                               (415) 217-6810
                                                               Email: grushing@saveri.com
                                                               Attorney to be noticed

                                                               Guido Saveri
                                                               Saveri & Saveri, Inc.
                                                               111 Pine Street, Suite 1700
                                                               San Francisco, CA 94111
                                                               (415) 217-6810
                                                               Email: guido@saveri.com
                                                               Attorney to be noticed

                                                               Randy R. Renick
                                                               Law Offices of Randy Renick
                                                               128 North Fair Oaks Avenue, Suite 204
                                                               Pasadena, CA 91103
                                                               (626) 585-960
                                                               Attorney to be noticed

Intel Corporation, Defendant                                   Joy K. Fuyuno
                                                               Bingham McCutchen LLP

Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Shanghai 1930 Restaurant Partners, L.P., et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02830-MHP

| | |
|---|---|
| Shanghai 1930 Restaurant Partners, L.P., *on behalf of itself and all others similarly situated*, Plaintiffs | Richard Alexander Saveri<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: rick@saveri.com<br>Lead Attorney<br>Attorney to be noticed<br><br>Cadio Zirpoli<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: zirpoli@saveri.com<br>Attorney to be noticed<br><br>Geoffrey C. Rushing<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: grushing@saveri.com<br>Attorney to be noticed<br><br>Guido Saveri<br>Saveri & Saveri<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6810<br>Email: guido@saveri.com<br>Attorney to be noticed<br><br>Randy R. Renick<br>Law Offices of Randy Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>(626) 585-960<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP |

Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Major League Softball, Inc., et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02831-MHP

Major League Softball, Inc., *on behalf of itself and all others similarly situated,*
Plaintiffs

Richard Alexander Saveri
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217-6810
Email: rick@saveri.com
Lead Attorney
Attorney to be noticed

Cadio Zirpoli
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217-6810
Email: zirpoli@saveri.com
Attorney to be noticed

Geoffrey C. Rushing
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217-6810
Email: grushing@saveri.com
Attorney to be noticed
Guido Saveri
Saveri & Saveri
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217-6810
Email: guido@saveri.com
Attorney to be noticed

Randy R. Renick
Law Offices of Randy Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
(626) 585-960
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Benjamin Allanoff, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02834-MHP

Benjamin Allanoff, *on behalf of himself and*        Michael P. Lehmann
*all others similarly situated,* Plaintiffs              The Furth Firm LLP
                                                      225 Bush Street, 15th Floor
                                                      San Francisco, CA 94104
                                                      (415) 433-2070
                                                      Email: mplehmann@furth.com
                                                      Lead Attorney
                                                      Attorney to be noticed

                                                      Alex C. Turan
                                                      The Furth Firm LLP
                                                      225 Bush Street, 15th Floor
                                                      San Francisco, CA 94104
                                                      (415) 433-2070
                                                      Email: aturan@furth.com
                                                      Attorney to be noticed

                                                      Daniel B. Allanoff
                                                      Meredith Cohen Greenfogel & Skirnick, P.C.
                                                      117 South 17th Street
                                                      22nd Floor, Architects Building
                                                      Philadelphia, PA 19103
                                                      (215) 564-5182
                                                      Attorney to be noticed

                                                      Frederick P. Furth
                                                      The Furth Firm LLP
                                                      225 Bush Street, 15th Floor
                                                      San Francisco, CA 94104
                                                      (415) 433-2070
                                                      Attorney to be noticed

                                                      Steven J. Greenfogel
                                                      Meredith Cohen Greenfogel & Skirnick, P.C.
                                                      117 South 17th Street
                                                      22nd Floor, Architects Building
                                                      Philadelphia, PA 19103
                                                      (215) 564-5182
                                                      Attorney to be noticed

                                                      Thomas Patrick Dove
                                                      The Furth Firm LLP

|                              | 225 Bush Street, 15th Floor |
|                              | San Francisco, CA 94104 |

225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: tdove@furth.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Law Offices of Laurel Stanley, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02858-MHP


Law Offices of Laurel Stanley, and
William Cronin, on behalf of itself and all
others similarly situated, Plaintiffs

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Lead Attorney
Attorney to be noticed

Judith A. Zahid
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Email: jzahid@zelle.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Lazio Family Products, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02859-MHP

Lazio Family Products, *on behalf of itself*
*and all others similarly situated,* Plaintiffs

Michael P. Lehmann
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: mplehmann@furth.com
Lead Attorney
Attorney to be noticed

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: aturan@furth.com
Attorney to be noticed

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
Lead Attorney
Attorney to be noticed

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 788-7210
Email: foslaw@pacbell.net
Attorney to be noticed

Frederick P. Furth
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Attorney to be noticed

Thomas Patrick Dove
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: tdove@furth.com
Attorney to be noticed

Intel Corporation, Defendant     Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Ian Walker, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02882-MHP

Ian Walker, *on behalf of himself and all*          Ali Oromchian
*others similarly situated,* Plaintiffs             Finkelstein Thompson & Loughran
                                                    601 Montgomery Street, Suite 665
                                                    San Francisco, CA 94111
                                                    (415) 398-8700
                                                    Email: ao@ftllaw.com
                                                    Lead Attorney
                                                    Attorney to be noticed

                                                    Christine G. Pedigo
                                                    Finkelstein Thompson & Loughran
                                                    601 Montgomery Street, Suite 665
                                                    San Francisco, CA 94111
                                                    (415) 398-8700
                                                    Email: cgp@ftllaw.com
                                                    Lead Attorney
                                                    Attorney to be noticed

                                                    Douglas G. Thompson, Jr.
                                                    Finkelstein Thompson & Loughran
                                                    601 Montgomery Street, Suite 665
                                                    San Francisco, CA 94111
                                                    (415) 398-8700
                                                    Lead Attorney
                                                    Attorney to be noticed

                                                    Karen J. Marcus
                                                    Finkelstein Thompson & Loughran
                                                    1050 30th Street, N.W.
                                                    Washington, DC 20007
                                                    (202) 337-8000
                                                    Lead Attorney
                                                    Attorney to be noticed

                                                    Richard M. Volin
                                                    Finkelstein Thompson & Loughran
                                                    1050 30th Street, N.W.
                                                    Washington, DC 20007
                                                    (202) 337-8000
                                                    Lead Attorney

Attorney to be noticed

Shannon P. Cereghino
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
(415) 398-8700
Email:  spc@ftllaw.com
Lead Attorney
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email:  joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

*Kevin Stoltz, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02897-MHP

Kevin Stoltz, *individually and on behalf of*
*all others similarly situated*, Plaintiffs

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
(415) 543-1305
Email: jkeller@jfkellerlaw.com
Lead Attorney
Attorney to be noticed

Donald L. Perelman
Fine Kaplan & Black RPC
1835 Markel Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565
Attorney to be noticed

Roberta D. Liebenberg
Fine Kaplan & Black RPC
1835 Markel Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565
Attorney to be noticed

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention lace
701 Pike Street, Suite 1525
Seattle, WA 98101
(206) 624-1400
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: chris.hockett@bingham.com
Attorney to be noticed

*Peter Jon Naigow, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02898-MHP

| | |
|---|---|
| Peter Jon Naigow, *individually and on behalf of all others similarly situated*, Plaintiffs | Jeffrey F. Keller<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-1305<br>Email: jkeller@jfkellerlaw.com<br>Lead Attorney<br>Attorney to be noticed |
| | Edward A. Wallace<br>The Wexler Firm LLP<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>(312) 346-2222<br>Attorney to be noticed |
| | Kenneth A. Wexler<br>Kenneth A. Wexler & Associates<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>(312) 346-2222<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney<br>Attorney to be noticed |
| | Christopher B. Hockett<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: chris.hockett@bingham.com<br>Attorney to be noticed |

*Patrick J. Hewson, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02916-MHP

Patrick J. Hewson, *on behalf of himself and all others similarly situated,* Plaintiffs

Juden Justice Reed
Schubert & Reed LLP
Two Embarcadero Center
Suite 1600
San Francisco, CA 94111
(415) 788-4220
Email: jreed@schubert-reed.com
Lead Attoarney
Attorney to be noticed

Robert C. Schubert
Schubert & Reed LLP
Two Embarcadero Center
Suite 1600
San Francisco, CA 94111
(415) 788-4220
Email: rschubert@schubert-reed.com
Attorney to be noticed

Peter E. Borkon
Schubert & Reed LLP
Two Embarcadero Center
Suite 1600
San Francisco, CA 94111
(415) 788-4220
Email: pborkon@schubert-reed.com
Attorney to be noticed

Intel Corporation, Defendant

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Email: joy.fuyuno@bingham.com
Lead Attorney
Attorney to be noticed

*Lawrence Lang, et al. v. Intel Corporation, et al.*
U.S. District Court, California Northern District (San Francisco)
Case No. 3:05-cv-02957-MHP

| | |
|---|---|
| Lawrence Lang, *on behalf of himself and all others similarly situated,* Plaintiffs | Joseph M. Patane<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>(415) 563-7200<br>Email: jpatane@tatp.com<br>Lead Attorney<br>Attorney to be noticed |
| | Mario Nunzio Alioto<br>Trump Alioto Trump & Prescott LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>(415) 346-0679<br>Email: malioto@tatp.com<br>Attorney to be noticed |
| Intel Corporation, Defendant | Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br>Email: joy.fuyuno@bingham.com<br>Lead Attorney<br>Attorney to be noticed |