

FILED
AUG - 9 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION         05CV1507

|   |   |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 1717 |

**REPLY SUBMISSION OF MOVANTS MICHAEL BRAUCH AND ANDREW MEIMES: (1) WITHDRAWING REQUEST TO TRANSFER AND CONSOLIDATE OR COORDINATE FOR PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA; (2) SUPPORTING REQUESTS TO TRANSFER AND CONSOLIDATE OR COORDINATE FOR PRETRIAL PROCEEDINGS IN THE DISTRICT OF DELAWARE; AND (3) REQUESTING SUMMARY DISPOSITION BY THIS PANEL PURSUANT TO RULE 16.1(c)**



RECEIVED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I.  INTRODUCTION.

On July 12, 2005, movants Michael Brauch and Andrew Meimes ("movants") filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate 13 antitrust consumer class actions brought against Intel Corporation ("Intel") and a lawsuit alleging identical facts brought by Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively "AMD") against Intel to the Northern District of California pursuant to 28 U.S.C. §1407. Intel, AMD, and separate groups of consumer class plaintiffs in both the Northern District of California and the District of Delaware have filed responses to this motion agreeing that the cases should be transferred and consolidated, but arguing that the transferee forum should be the District of Delaware, where many of these cases are pending before the Honorable Joseph J. Farnan, Jr.

Movants have carefully considered the developments that have occurred since their motion was filed and have also carefully considered the positions of the parties opposing their motion. For the reasons expressed below, they: (1) withdraw their request that these cases be transferred to, and consolidated in, the Northern District of California; (2) join in the requests of Intel, AMD and others to transfer these cases to, and consolidate them in, the District of Delaware; and (3) ask the JPML to do so on a summary basis without oral argument, pursuant to Panel Rule 16.1(c).

II.  **REASONS WHY MOVANTS NOW BELIEVE THAT THESE CASES SHOULD BE TRANSFERRED TO, AND CONSOLIDATED IN, DELAWARE.**

There are multiple reasons why movants have now changed their position on where these cases should be transferred to and consolidated in.

First, AMD and Intel—the parties most knowledgeable about the claims in these proceedings—both strongly advocate consolidation in the District of Delaware. This factor weighed heavily in movants' decision to support transfer to that district. Both AMD and Intel point out that witnesses and documents are likely to be scattered all over the nation and are not likely to be centralized in California, a fact that movants frankly did not fully appreciate at the

time they filed their motion. "Defendant Intel Corporation's Response to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Consolidate for Pretrial Proceedings in the Northern District of California," pp. 7-8 (Aug. 1, 2005); "Plaintiff Advanced Micro Devices, Inc.'s Response to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Consolidate for Pretrial Proceedings in the Northern District of California," pp. 7-8 (Aug. 3, 2005) ("AMD Br."). AMD also pointed out the long history of AMD and Intel litigation in Delaware courts (AMD Br., pp. 14-15), something of which movants had been unaware.

Second, at the time movants filed their motion, there were only 14 cases on file—ten consumer class actions in the Northern District of California, three such class actions in the District of Delaware, and AMD's lawsuit against Intel in the District of Delaware. Since that motion, numerous additional consumer class action cases have been filed. As a result, as of August 4, 2005, the number of cases now pending totals 56—33 in the District of Delaware, 22 in the Northern District of California and one in the Southern District of California. *See* the Schedule of Actions attached as an appendix.

Third, counsel for six putative class plaintiffs in the District of Delaware and counsel for eleven putative class plaintiffs in the Northern District of California have vigorously advocated for transfer of these cases to, and consolidation of them in, the District of Delaware. *See* "Plaintiffs Lipton, Prohias, Konieczka, Niehaus, Hamilton, Baxley, Stoltz, The Harman Press, Shanghai 1930 Restaurant Partners, L.P., and Major League Softball, Inc.'s [('California Opposition Plaintiffs')] Memorandum in Opposition to Michael Brauch and Andrew Meimes' Motion to Transfer and Consolidate for Pretrial Proceedings in the Northern District of California" (Aug. 3, 2005); "Certain Delaware Plaintiffs' Motion of Opposition to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Consolidate for Pretrial Proceedings in the Northern District of California" (Aug. 3, 2005); "Plaintiff Michael Simon's Response to the Motion of Plaintiffs Michael Brauch and Andrew Meimes' to Transfer and Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. §1407" (Aug. 2, 2005). The Californian counsel who filed papers on this topic are

counsel for plaintiffs in ten of the cases on file in the Northern District of California, including the first-filed consumer class action in the nation against Intel with respect to the practices at issue (*Lipton, et al. v. Intel Corp.*, No. 3:05-cv-02669 (NHP) (N.D. Cal., filed June 29, 2005)). Their views weigh heavily as well.

Fourth, the suit by AMD against Intel in the District of Delaware—the first-filed suit that led to the filing of consumer class actions—is proceeding expeditiously. AMD informally requested that 17 computer manufacturers, six computer distributors and nine computer retailers agree to preserve records relating to Intel's alleged marketing practices. For those that did not respond positively, AMD has sought leave to serve document preservation subpoenas—at least 14 of them. Movants became aware of this activity only recently, and it does demonstrate that proceedings before Judge Farnan are moving expeditiously.

Given all of these factors and others identified in the responses to their motion, movants now support transferring these cases to, and consolidating them in, Delaware. They therefore withdraw their request to have them transferred to, and consolidated in, the Northern District of California.

### III. THE PANEL SHOULD ACT SUMMARILY IN TRANSFERRING THESE CASES TO, AND CONSOLIDATING THEM IN, THE DISTRICT OF DELAWARE.

These cases now present the unusual situation where all parties who have made filings agree that they should be transferred to, and consolidated in, the District of Delaware.[1]

---

[1] The one remaining difference is that AMD does not want its case coordinated as part of an MDL proceeding with the consumer class actions, but instead prefers to have its case maintained separately before Judge Farnan, while the class actions are consolidated before him. AMD Br., p. 3. Movants have no objection to the Panel doing this, if it so wishes. Alternatively, it could consolidate all such cases before Judge Farnan in a single MDL proceeding, but have AMD's case proceed on a separate track within that MDL, which is what happened, for example, in the managed care litigation centralized before Judge Moreno in the Southern District of Florida, involving a distinct "subscriber track" and a distinct "provider track." *In re Managed Care Litig.*, 209 F.R.D. 678, 681 (S.D. Fla. 2002), *aff'd in part and rev'd in part sub nom. Klay v. Humana, Inc.*, 382 F.3d 1241 (11th Cir. 2004), *cert. denied sub nom. United Health Group, Inc. v. Klay*, 125 S.Ct. 877 (2005).

Movants believe that there is no reason for the Panel to conduct oral argument on this motion, given the aforementioned unanimity of opinion, and respectfully request that the Panel summarily determine that these cases should be transferred to, and consolidated in, the District of Delaware before Judge Farnan.

Panel Rule 16.1(c) allows the JPML to dispense with the presentation of oral argument on a transfer motion if "the dispositive issue(s) have been authoritatively decided" or "the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument." Either prong is satisfied here. The dispositive legal/factual issues are ones with which the Panel is familiar from its many other rulings; no novel legal questions are presented by the motion. Moreover, given the consensus that has been achieved, as reflected in the various briefs submitted to the Panel, the decisional process here would not be significantly aided by oral argument. Accordingly, in the interests of conserving scarce judicial resources and promoting efficiency, the Panel should dispense with oral argument and determine summarily that these cases should be transferred to and consolidated in the District of Delaware.

### IV. CONCLUSION.

For all the foregoing reasons, movants withdraw their request to have these cases transferred to, and consolidated in, the Northern District of California and instead ask that the Panel summarily determine that they be transferred to, and consolidated in, the District of Delaware.

Dated: August 4, 2005

Respectfully submitted,

By: _____
MICHAEL P. LEHMANN
THOMAS P. DOVE
ALEX C. TURAN
THE FURTH FIRM, LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Movants Michael
Brauch and Andrew Meimes

## APPENDIX

## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

## SCHEDULE OF ACTIONS

## Cases Filed As Of August 4, 2005

### District of Delaware

#### Competitor Action

1. *Advanced Micro Devices, Inc.*, a Delaware corporation, and *AMD International Sales & Service, Ltd.*, a Delaware corporation *v. Intel Corp*, a Delaware corporation, and *Intel Kabushiki Kaisha,* a Japanese corporation, No. 1:05-cv-00441, filed in the United States District Court for the District of Delaware on June 27, 2005, and assigned to Judge Joseph J. Farnan, Jr.

#### Consumer Class Actions

2. *Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller, and Caresse Harms, on their own behalves and on all others similarly situated v. Intel Corp.*, No. 1:05-cv-00470, filed in the United States District Court for the District of Delaware on July 6, 2005, and assigned to Judge Joseph J. Farnan, Jr.

3. *Robert J. Rainwater, Kathy Ann Chapman, and Sonia Yaco, on their own behalves and on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00473, filed in the United States District Court for the District of Delaware on July 7, 2005, and assigned to Judge Joseph J. Farnan, Jr.

4. *Matthew Kravitz and Raphael Allison, individually and on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00476, filed in the United States District Court for the District of Delaware on July 8, 2005, and assigned to Judge Joseph J. Farnan, Jr.

5. *Michael Ruccolo v. Intel Corp.*, No. 1:05-cv-00478, filed July 8, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

6. *Phil Paul v. Intel Corp.*, No. 1:05-cv-00485, filed July 12, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

7. *Ludy A. Chacon v. Intel Corp.*, No. 1:05-cv-00489, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

8. *Michael K. Simon v. Intel Corp.*, No. 1:05-cv-00490, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

9. *Ryan James Volden, et al. v. Intel Corp.*, No. 1:05-cv-00488, filed July 13, 2005, in the United States District Court for the District of Delaware and assigned to Judge Joseph J. Farnan, Jr.

10. *Christian Ambruoso, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00505, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

11. *Matthew E. Ludt, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00510, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

12. *Paul C. Czysz, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00509, filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

13. *Elizabeth Bruderle Baran, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00508 filed in the United States District Court for the District of Delaware on July 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

14. *Ficor Acquisition Co., on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00515 filed in the United States District Court for the District of Delaware on July 21, 2005, and assigned to Judge Joseph J. Farnan, Jr.

15. *Fairmont Orthopedics, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00519 filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

16. *Law Offices of Kwasi Asiedu, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00520 filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

17. *Carrol Cowan, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00522 filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

18. *HP Consulting Services, Inc., on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00521 filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

19. *Lena K. Manyin, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00526 filed in the United States District Court for the District of Delaware on July 22, 2005, and assigned to Judge Joseph J. Farnan, Jr.

20. *Joseph Samuel Cone, on behalf of all others similarly situated v. Intel Corp.*, No. 1:05-cv-00531 filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

21. *Jerome Feitelberg, on behalf of himself and all others similarly situated v. intel Corp.*, No. 1:05-cv-00532 filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

22. *Robin S. Weeth, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00533 filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

23. *Melinda Harr, D.D.S., P.C., on behalf of itself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00537 filed in the United States District Court for the District of Delaware on July 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

24. *Maria Griffin, on behalf of herself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00540 filed in the United States District Court for the District of Delaware on July 26, 2005, and assigned to Judge Joseph J. Farnan, Jr.

25. *Andrew S. Cohn, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00539 filed in the United States District Court for the District of Delaware on July 26, 2005, and assigned to Judge Joseph J. Farnan, Jr.

26. *Henry Kornegay, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00541 filed in the United States District Court for the District of Delaware on July 27, 2005, and assigned to Judge Joseph J. Farnan, Jr.

27. *Paul Ramos, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00544 filed in the United States District Court for the District of Delaware on July 28, 2005, and assigned to Judge Joseph J. Farnan, Jr.

28. *Bergerson & Associates, Inc., on behalf of itself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00547 filed in the United States District Court for the District of Delaware on July 28, 2005, and assigned to Judge Joseph J. Farnan, Jr.

29. *David Arnold, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00554 filed in the United States District Court for the District of Delaware on August 1, 2005, and assigned to Judge Joseph J. Farnan, Jr.

30. *Angel Genese, Gideon Elliott, and Nir Goldman, on behalf of themselves and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00556 filed in the United States District Court for the District of Delaware on August 2, 2005. This action has not been assigned to a judge as of August 4, 2005.

31. *Phillip Boeding, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00557 filed in the United States District Court for the District of Delaware on August 2, 2005. This action has not been assigned to a judge as of August 4, 2005.

32. *Stuart Munson, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00558 filed in the United States District Court for the District of Delaware on August 2, 2005. This action has not been assigned to a judge as of August 4, 2005.

33. *Lee Pines, on behalf of himself and all others similarly situated v. Intel Corp.*, No. 1:05-cv-00560 filed in the United States District Court for the District of Delaware on August 2, 2005. This action has not been assigned to a judge as of August 4, 2005.

## Northern District of California

### Consumer Class Actions

1. *David E. Lipton and Dana F. Thibedeau, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2669, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 29, 2005.

2. *Ronald Konieczka, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2700, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 30, 2005.

3. *Maria I. Prohias, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2699, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, June 30, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

4. *Steven J. Hamilton, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2721, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

5. *Patricia M. Niehaus, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2720, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

6. *Michael Brauch, a resident of San Francisco, and Andrew Meimes, a resident of New York, on behalf of themselves and all others similarly situated v. Intel Corp.*, No. C:05-2743, filed in the United States District Court for the Northern District of California and assigned to Judge Samuel Conti, July 5, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

7. *Susan Baxley, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C-05-2758, filed in the United States District Court for the Northern District of California and assigned to Judge Edward M. Chen, July 6, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

8. *Huston Frazier, Jeanne Cook Frazier and Brian Weiner, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2813, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

9. *Dwight E. Dickerson, a resident of Oakland, California, individually and on behalf of all others similarly situated v. Intel Corp.*, No. C:05-2818, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

10. *The Harman Press, on behalf of itself and all others similarly situated v. Intel Corp.*, No. C:05-2823, filed in the United States District Court for the Northern District of California and assigned to Judge Elizabeth D. Laporte, July 11, 2005. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

11. *Benjamin Allanoff v. Intel Corp.*, Case No. C:05-2834, filed July 12, 2005, in the United States District Court for the Northern District of California, and originally assigned to the Hon. Maxine M. Chesney. Judge Chesney recused herself on July 14, 2005. The case has been reassigned to Judge Marilyn Hall Patel on July 27, 2005.

12. *Major League Softball, Inc. v. Intel Corp.*, No. C:05-2831, filed July 12, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

13. *Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.*, No. C:05-2830, filed July 12, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

14. *Lazio Family Products v. Intel Corp.*, Case No. C:05-2859, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to Judge William Alsup. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

15. *Law Offices of Laurel Stanley v. Intel Corp.*, Case No. C:05-2858, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

16. *Ian Walker, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2882, filed July 14, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Maria-Elena James. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

17. *Kevin Stoltz, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2897, filed July 15, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Elizabeth D. Laporte. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

18. *Peter Jon Naigow, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2898, filed July 15, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Joseph C. Spero. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

19. *Patrick J. Hewson, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2916, filed July 18, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Samuel Conti. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

20. *Lawrence Lang, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-2957, filed July 20, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Maria-Elena James. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

21. *Trotter-Vogel Realty, Inc. dba Prudential California Realty, individually and on behalf of all those similarly situated v. Intel Corp.*, Case No. C:05-3028, filed July 26, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Wayne D. Brazil. This case was reassigned to Judge Marilyn Hall Patel on July 27, 2005.

22. *Karol Juskiewicz, individually and on behalf of all others similarly situated v. Intel Corp.*, Case No. C:05-3094, filed July 29, 2005, in the United States District Court for the Northern District of California, and assigned to Judge Bernard Zimmerman.

## Southern District of California

### Consumer Class Actions

1. *Justin Suarez, of himself and all others similarly situated v. Intel Corp.*, No. 05-CV-1507 JM (RBB), filed July 27, 2005, in the United States District Court for the Southern District of California, assigned to Judge Jeffrey T. Miller, and referred to Magistrate Judge Ruben B. Brooks.

## CERTIFICATE OF SERVICE

I, Alex C. Turan, on behalf of Plaintiffs Michael Brauch and Andrew Meimes, hereby certify that true and correct copies of the following documents were served on August 4, 2005, via U.S. mail on the courts listed below, and on counsel and/or parties of record listed on the attached Panel Attorney Service List:

- Reply Submission Of Movants Michael Brauch And Andrew Meimes: (1) Withdrawing Request To Transfer And Consolidate Or Coordinate For Pretrial Proceedings In The Northern District Of California; (2) Supporting Requests To Transfer And Consolidate Or Coordinate For Pretrial Proceedings In The District Of Delaware; And (3) Requesting Summary Disposition By This Panel Pursuant to Rule 16.1(c);

- Certificate of Service;

- Cover letter to Clerk, United States District Court for the Northern District of California;

- Cover letter to Clerk, United States District Court for the Southern District of California; and

- Cover letter to Clerk, United States District Court for the District of Delaware.

## COURTS

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone: (415) 522-2000

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801
Telephone: (302) 573-6170

-2-

Clerk of Court
U.S. District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900


Dated: August 4, 2005                    THE FURTH FIRM LLP

                              By:  _____
                                   Alex C. Turan (Cal. Bar. No. 227273)
                                   THE FURTH FIRM LLP
                                   225 Bush Street, 15th Floor
                                   San Francisco, CA 94104
                                   Telephone: (415) 433-2070
                                   Facsimile: (415) 982-2076

                                   Attorneys for Plaintiffs Michael Brauch and
                                   Andrew Meimes

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

Docket: 1717 - In re Intel Corp. Microprocessor Antitrust Litigation
Status: Pending on / /
Transferee District:       Judge:                                                                Printed on 07/25/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Hamilton, Steve J.*; Konieczka, Ronald*; Lipton, David E.*; Niehaus, Patricia M.*; Prohias, Maria I.*; Thibedeau, Dana F.* |
| Blanchfield, Jr., Garrett D.<br>Reinhardt, Wendorf & Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | => Baxley, Susan* |
| Diamond, Charles P.<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035 | => Advanced Micro Devices, Inc.*; AMD International Sales & Service, Ltd.* |
| Friedlander, Joel<br>Bouchard, Margules & Friedlander<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | => Allison, Raphael; Kravitz, Matthew |
| Intel Corp.,<br>c/o CT Corp. System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | => Intel Corp. |
| Isquith, Sr., Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | => Chapman, Kathy Ann*; Harms, Caresse*; JWRE, Inc.*; Kidwell, Jim*; Maita, John*; Moeller, Chrystal*; Rainwater, Robert J.*; Reeder, Mary*; Yaco, Sonia* |
| Jackson, Michele C.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St 30th Fl<br>San Francisco, CA 94111-3339 | => Frazier, Huston; Frazier, Jeanne Cook; Weiner, Brian |
| Lehmann, Michael P.<br>Furth Firm, LLP<br>225 Bush Street<br>Suite 1500<br>San Francisco, CA 94104-4249 | => Brauch, Michael*; Meimes, Andrew* |
| Saveri, R. Alexander<br>Saveri & Saveri, Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111-5630 | => The Harman Press* |
| Wecker, Bruce J.<br>Hosie & McArthur<br>1 Market Street<br>Spear Street Tower | => Dickerson, Dwight E.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,717 Continued)*                                                                 Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 2200
San Francisco, CA 94105

## THE FURTH FIRM LLP
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4249
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

August 4, 2005

VIA U.S. MAIL

Clerk of Court
U.S. District Court, Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Re: *Brauch, et al. v. Intel Corp.*, No. C:05-2743,
(filed July 5, 2005) (assigned to the Hon. Marilyn Hall Patel).

Dear Clerk:

Please be advised that on July 12, 2005, plaintiffs Michael Brauch and Andrew Meimes, plaintiffs in the above-referenced action pending in the Northern District of California, have applied to the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") requesting that the Judicial Panel transfer a number of actions currently pending in U.S. District Court for the District of Delaware to the Northern District of California and consolidate them with the actions already pending there. On August 4, 2005, plaintiffs Brauch and Meimes submitted a reply in response to a number of oppositions to such motion to transfer. Such motion to transfer is likely to affect the pretrial disposition of the the *Suarez v. Intel Corp.*, Case No. 05-cv-1507 JM (RBB) action filed July 27, 2005 and currently pending in the S.D. of Cal.

I enclose a copy of the materials filed with the Judicial Panel on August 4, 2005, pursuant to Panel Rule 5.2(b). If you have any questions, please do not hesitate to contact the undersigned.

Sincerely

Alex C. Turan

Enclosures.

cc: All Counsel on attached Panel Attorney Service List

57674.1

**THE FURTH FIRM LLP**
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

Aug 4, 2005

VIA FEDERAL EXPRESS

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004
Telephone: (202) 502-2800

    Re:    *In Re Intel Corp. Microprocessor Antitrust Litigation*;
            MDL Docket No. 1717

Dear Mr. Beck:

    On behalf of Plaintiffs Michael Brauch and Andrew Meimes, pursuant to Panel Rule 5.12(a), I enclose for filing the original and four copies of the following:

1) Reply Submission Of Movants Michael Brauch And Andrew Meimes: (1) Withdrawing Request To Transfer And Consolidate Or Coordinate For Pretrial Proceedings In The Northern District Of California; (2) Supporting Requests To Transfer And Consolidate or Coordinate For Pretrial Proceedings In The District Of Delaware; And (3) Requesting Summary Disposition By This Panel Pursuant To Rule 16.1(c);

2) Certificate of Service.

    I also enclose one computer disk containing the filings listed above, in WordPerfect for Windows format, exclusive of non-computer-generated Panel Attorney Service List.

    Additionally, please find one extra copy (the fifth) of each of the documents listed above. Kindly file-stamp and return the extra copy of each of the documents to me in the enclosed self-addressed, stamped envelope.

    Thank you in advance for your assistance.

Sincerely,

Alex C. Turan

Enclosures.

57671.1