## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE

NEW YORK, NY 10016

212-545-4600

WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT◆
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◇
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI†
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT□
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◇
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS□

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

August 2, 2005

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS

OF COUNSEL

ALAN McDOWELL□
LINDA A. REDLISKY
NANCY S. PITKOFSKY◇
MICHAEL C. MULÉ◇
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG◇
SCOTT J. FARRELL◇
KATE M. McGUIRE
LAUREN P. KRAUS◇
GUSTAVO BRUCKNER◇
STACEY T. KELLY◇
RONNIE BRONSTEIN
PAULETTE S. FOX◇
BETSY E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◇
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, ○NJ, ◆IL

ONLY ADMITTED
▽CA, ‡IL, □VA, ◇NJ & PA

Clerk of the Court
U.S. District Court
Southern District of California
880 Front St., Suite 4290
San Diego, CA 92101-8900

05CV1507

Re: ***Suarez v. Intel Corp.***, No. 3:05-cv-1507-JM(RBB) (filed July 27, 2005)

Dear Clerk of the Court:

Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant To 28 U.S.C. § 1407.

Respectfully submitted,

Fred Taylor Isquith

FTI/410390





WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT◊
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◊
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS◊

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL□
LINDA A. REDLISKY
NANCY S. PITKOFSKY◊
MICHAEL C. MULÉ◊
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG◊
SCOTT J. FARRELL◊
KATE M. McGUIRE
LAUREN P. KRAUS◊
GUSTAVO BRUCKNER◊
STACEY T. KELLY◊
RONNIE BRONSTEIN
PAULETTE S. FOX◊
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◊
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, ‡CA, ◊NJ, ◆IL
ONLY ADMITTED
▽CA, ‡IL, □VA, ◊NJ & PA

August 2, 2005

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

COURTESY COPY

Re:    (1) *Lipton, et al. v. Intel Corp.*, No. 3:05-cv-002669-MHP (filed June 29, 2005); (2) *Prohias v. Intel Corp.*, No. 3:05-cv-02699-MHP (filed June 30, 2005); (3) *Konieczka v. Intel Corp.*, No. 3:05-cv-02700-MHP (filed June 30, 2005); (4) *Hamilton v. Intel Corp.*, No. 3:05-cv-02721-MHP (filed July 1, 2005); (5) *Niehaus v. Intel Corp.*, No. 3:05-cv-02720-MHP (filed July 1, 2005); (6) *Brauch v. Intel Corp.*, No. 3:05-cv-02743-MHP (filed July 5, 2005); (7) *Baxley v. Intel Corp.*, No. 3:05-cv-00488-MHP (filed July 6, 2005); (8) *Frazier, et al. v. Intel Corp.*, No. 3:05-cv-02813-MHP (filed July 11, 2005); (9) *Dickerson v. Intel Corp.*, No. 1:05-cv-02818-MHP (filed July 11, 2005); (10) *The Harman Press v. Intel Corp.*, No. 3:05-cv-02823-MHP (filed July 11, 2005); (11) *Shanghai 1930 Restaurant Partners v. Intel Corp.*, No. 3:05-cv-02830-MHP (filed July 12, 2005); (12) *Major League Softball, Inc. v. Intel Corp.*, No. 1:05-cv-02831-MHP (filed July 12, 2005); (13) *Allanoff v. Intel Corp.*, No. 3:05-cv-02834-MHP (filed July 12, 2005); (14) *Lazio Family Products v. Intel Corp.*, No. 3:05-cv-02859-MHP (filed July 13, 2005); (15) *Law Offices of Laurel Stanley v. Intel Corp.*, No. 3:05-cv-02858-MHP (filed July 13, 2005); (16) *Walker v. Intel Corp.*, No. 3:05-cv-02882-MHP (filed July 14, 2005); (17) *Stolz v. Intel Corp.*, No. 3:05-cv-02897-MHP (filed July 15, 2005); (18) *Naigow v. Intel Corp.*, No. 1:05-cv-02898-MHP (filed July 15, 2005); (19) *Hewson v. Intel Corp.*, No.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

3:05-cv-02916-MHP (filed July 18, 2005); (20) *Lang v. Intel Corp.,* No.
3:05-cv-02957-MHP (filed July 21, 2005); (21) *Trotter-Vogel Realty,
Inc. v. Intel Corporation*, No. 3:05-cv-03028-MHP (filed July 26, 2005);
(22) *Juskiewicz v. Intel Corp.,* No. 3:05-cv-03094-BZ (filed July 29,
2005).

*In re Intel Corp. Microprocessor Antitrust Litigation*
*MDL Docket No. 1717*

Dear Clerk of the Court:

        Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer
And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant
To 28 U.S.C. § 1407.

                                Respectfully submitted,

                                Fred Taylor Isquith

FTI/410388

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE

NEW YORK, NY 10016

212-545-4600

WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT†
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT◊
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◊
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS◊

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL□
LINDA A. REDLISKY
NANCY S. PITKOFSKY◊
MICHAEL C. MULÉ◊
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG◊
SCOTT J. FARRELL◊
KATE M. McGUIRE
LAUREN P. KRAUS◊
GUSTAVO BRUCKNER◊
STACEY T. KELLY◊
RONNIE BRONSTEIN
PAULETTE S. FOX◊
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◊
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, ◊NJ, ♦IL
ONLY ADMITTED
▽CA, ‡IL, □VA, ◊NJ & PA

SYMPHONY TOWERS
750 B STREET • SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL 212-545-4690
FACSIMILE 212-545-4653
isquith@whafh.com

August 2, 2005

**Via Federal Express**

Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

COURTESY COPY

Re: ***In re Intel Corp. Microprocessor Antitrust Litigation
MDL Docket No. 1717***

Dear Mr. Beck:

Please find enclosed for filing, an original and four (4) copies the following documents:

•    The Kidwell Group's Cross-Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the District of Delaware Pursuant to 28 U.S.C. § 1407 (also enclosed on disk);

•    Response of The Kidwell Group in Opposition to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407 and in Support Of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware (also enclosed on disk);

•    Certificate of Service

WOLF ALDENSTEIN ADLER FREEMAN & HERZ LLP

Mr. Michael Beck
Page 2 of 2
August 2, 2005

     Also enclosed is a copy of the cover letter to Clerk of United States District Court for the Northern District of California; cover letter to Clerk of United States District Court for the Southern District of California; and the cover letter to Clerk, United States District Court of the District of Delaware.

Respectfully submitted,

Felicia Barnes

Felicia Barnes, Assistant to
Fred Taylor Isquith

FTI/fb/314466
cc:    All Counsel on Attached Service Lists
       (Firm Service List and MDL Panel Service List)

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE

NEW YORK, NY 10016

212-545-4600

WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT°
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI°
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT°
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS°

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

August 2, 2005

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL◻
LINDA A. REDLISKY
NANCY S. PITKOFSKY°
MICHAEL C. MULÉ°
RACHELE R. RICKERT°
THOMAS H. BURT
JILL H. BLUMBERG°
SCOTT J. FARRELL°
KATE M. McGUIRE
LAUREN P. KRAUS°
GUSTAVO BRUCKNER°
STACEY T. KELLY°
RONNIE BRONSTEIN
PAULETTE S. FOX°
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ°
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JULIE F. CORBO▽

ALSO ADMITTED
*FL, †CA, °NJ, ♦IL
ONLY ADMITTED
▽CA, ‡IL, ◻VA, ◊NJ & PA

COURTESY COPY

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

Re: (1) *Advanced Micro Devices, Inc. v. Intel Corp.,* No. 1:05-cv-004411-JJF (filed June 27, 2005); (2) *Kidwell, et al. v. Intel Corp.,* No. 1:05-cv-00470-JJF (filed July 6, 2005); (3) *Rainwater, et al. v. Intel Corp.,* No. 1:05-cv-00473-JJF (filed July 7, 2005); (4) *Kravitz, et al. v. Intel Corp.,* No. 1:05-cv-00476-JJF (filed July 8, 2005); (5) *Ruccolo v. Intel Corp.,* No. 1:05-cv-00478-JJF (filed July 8, 2005); (6) *Paul v. Intel Corp.,* No. 1:05-cv-00485-JJF (filed July 12, 2005); (7) *Volden v. Intel Corp.,* No. 1:05-cv-00488-JJF (filed July 13, 2005); (8) *Chacon, et al. v. Intel Corp.,* No. 1:05-cv-00489-JJF (filed July 13, 2005); (9) *Simon v. Intel Corp.,* No. 1:05-cv-00490-JJF (filed July 13, 2005); (10) *Czysz v. Intel Corp.,* No. 1:05-cv-00509-JJF (filed July 20, 2005); (11) *Ludt v. Intel Corp.,* No. 1:05-cv-00510-JJF (filed July 20, 2005); (12) *Baran v. Intel Corp.,* No. 1:05-cv-00508-JJF (filed July 20, 2005);  (13) *Ambruoso v. Intel Corp.,* No. 1:05-cv-00505-JJF (filed July 20, 2005); (14) *Ficor Acquisition Co. v. Intel Corp.,* No. 1:05-cv-00515-JJF (filed July 21, 2005); (15) *Manyin, et al. v. Intel Corp.,* No. 1:05-cv-00526-UNA (filed July 22, 2005); (16) *HP Consulting Services v. Intel Corp.,* No. 1:05-cv-00521-JJF (filed July 22, 2005); (17) *Fairmont Orthopedics & Sports Medicine PA v. Intel Corp.,* No. 1:05-cv-00519-JJF (filed July 22, 2005); (18) *Law Offices of Kwasi Asiedu v. Intel Corp.,* No. 1:05-cv-00520-JJF (filed July 22, 2005); (19) *Cowan v. Intel Corp.,* No. 1:05-cv-00522-JJF

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**(filed July 22, 2005); (20) *Feitelberg v. Intel Corp.,* No. 1:05-cv-00532-UNA (filed July 25, 2005); (21) *Cone v. Intel Corp.,* No. 1:05-cv-00531-UNA (filed July 25, 2005); (22) *Weeth v. Intel Corp.,* No. 1:05-cv-00533-UNA (filed July 25, 2005); (23) *Harr v. Intel Corp.,* 1:05-cv-00537-UNA (filed July 26, 2005); (24) *Cohn v. Intel Corp.,* No. 1:05-cv-00539-UNA (filed July 26, 2005); (25) *Griffin v. Intel Corp.,* No. 1:05-cv-00540-UNA (filed July 26, 2005); (26) *Kornegay v. Intel Corp.,* No. 1:05-cv-00541-UNA (filed July 27, 2005); (27) *Ramos v. Intel Corp.,* No. 1:05-cv-00544 (filed July 28, 2005); (28) *Bergerson & Associates, Inc. v. Intel Corp.,* No. 1:05-cv-00547 (filed July 28, 2005); (29) *Arnold v. Intel Corp.,* No. 1:05-cv-00554-UNA (filed August 1, 2005); (30) *Genese et al v. Intel Corp.,* No. 1:05-cv-00556-UNA (filed August 2, 2005).**

Dear Clerk of the Court:

Enclosed please find a courtesy copy of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware, Pursuant To 28 U.S.C. § 1407.

Respectfully submitted,

Fred Taylor Isquith

FTI/410391



COURTESY COPY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION** | : : : : | **MDL DOCKET NO. 1717** |

## RESPONSE OF THE KIDWELL GROUP IN OPPOSITION TO PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407 AND IN SUPPORT OF THE KIDWELL GROUP'S CROSS-MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE DISTRICT OF DELAWARE

The named plaintiffs in four actions against Intel Corporation filed in the District of

Delaware (the "Kidwell Group"), submit this memorandum in opposition to Plaintiffs Michael

Brauch and Andrew Meimes' (the "Brauch Movants") Motion to Transfer and Coordinate or

Consolidate For Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C.

§ 1407 (the "Brauch Motion"), and in support of their cross-motion to transfer and coordinate the

below-described, related antitrust-based cases pending against the Intel Corporation (the "Intel

Actions") in the United States District Court for the District of Delaware.[1]

---

[1]  The Kidwell Group is composed of the following named plaintiffs:

(footnote continued . . .)

## I.    INTRODUCTION

Although the Kidwell Group agrees with movants Brauch and Meimes that these cases should be transferred and coordinated or consolidated before a single court for pretrial proceedings, the Kidwell Group requests that the Panel transfer the Intel Actions to the District of Delaware. Indeed, it is the District of Delaware, *and not the Northern District of California*, where a majority of the plaintiffs have initiated their actions, indicating a majority preference for a Delaware forum – *including the preference of both AMD and Intel, the parties to the first-filed of these actions (AMD and Intel) and the defendant in all of these actions (Intel)*.[2]

Moreover, with less than a third of the number of cases on its docket than the Northern District of California (2,085 versus 7,267), with no cases transferred to it by the Panel in the last calendar year, in contrast to fourteen such cases transferred to the Northern District of California during that same time period, and with judges who, on average, are able to complete more trials per year than their counterparts, in the Northern District of California (nineteen versus ten), the District of Delaware is better suited, and has the resources, to manage this complex, multidistrict

---

(. . . footnote continued)

(1) Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller and Caresse Harms, named plaintiffs in *Kidwell, et al. v. Intel Corp.*, No. 05-470, filed in the District of Delaware on July 6, 2005;

(2) Robert J. Rainwater, Kathy Ann Chapman and Sonia Yaco, named plaintiffs in *Rainwater, et al. v. Intel Corp.*, Case No. 05-473, filed in the District of Delaware on July 7, 2005;

(3) James Volden, Charles Dupraz, Vanessa Z. DeGeorge, Melissa Goeke, James R. Conley, Nancy Bjork, Tom Kidwell and Jeff Vaught, named plaintiffs in Volden, et al. v. Intel Corp., Case No. 05-488, filed in the District of Delaware on July 13, 2005; and

(4) Ficor Acquisition Co., LLC, dba Mills & Greer Sporting Goods, Richard Caplan, Maria Pilar Salgado, Paula Nardella, Nancy Wolfe, Leslie March, Tom Hobbs, Andrew Marcus, and Virginia Deering, named plaintiffs in *Ficor Acquisition Corp., et al. v. Intel Corp.*, Case No. 05-515, filed in the District of Delaware on July 21, 2005.

[2]   *AMD v. Intel Corp.,* Case No. 05-441 (JJF), filed in the District of Delaware on June 27, 2005.

- 2 -

litigation.

Further, since the parties and witnesses in this case are situated across the United States, and since the vast majority of documentary discovery will occur in electronic form and will thus be accessible virtually anywhere, the Delaware forum would be no less convenient to the parties and witnesses than a California forum would be. Moreover, since this case will be heavily dependent on third party discovery from computer manufacturers and chip manufacturers located throughout the United States and worldwide, the District of Delaware is clearly the geographically preferable forum for this case.[3]

For all of these reasons, and those set forth below, the Panel should transfer these actions to the District of Delaware for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. § 1407.

## II.     BACKGROUND

The Kidwell Group incorporates by reference the factual summary found in the Brauch Movants' Memorandum of Points and Authorities.

---

[3] Significantly, while the Intel Actions share several factual similarities, the cases brought by the Kidwell Group are procedurally distinct from those brought by the Brauch Movants or any other plaintiff. Indeed, the cases filed by the Kidwell Group are the only class action cases before the Panel in which the named plaintiffs have standing to assert the state law antitrust and deceptive trade practice claims for each of the states for which they assert them – since the named plaintiffs comprising the Kidwell Group are residents of the states from which they assert those claims on behalf of distinct statewide classes – unlike the claims asserted in any of the other cases. Indeed, while the actions filed by the Kidwell Group clearly subsume all of the other indirect purchaser class actions here, the reverse cannot be said. Thus, to honor the request of the Brauch Movants, on their procedurally defective complaints, to transfer these cases to the Northern District of California would be unfair and inequitable result for AMD, whose selection of the District of Delaware should be recognized and respected, Intel, who has also asserted that the District of Delaware is the appropriate transferee forum, as well as for the consumers of the several states who, by their complaints comprising the Kidwell Group, by their state-based local counsel, affirmatively selected the District of Delaware to protect the interests of the consumers of those states therein.

- 3 -

III.    **ARGUMENT**[4]

    A.    **This Panel Should Transfer The California
           Actions To The District Of Delaware**

        As is more fully addressed below, the Panel should disregard the Brauch Movants'

contention that the Northern District of California is the appropriate forum for the Intel Actions,

purportedly due to the larger number of such cases filed in that District. In reality, each of the

plaintiffs in the Kidwell Group could have filed a separate action against Intel in the District of

Delaware – a tactic that would have resulted in transforming the claims asserted in those cases

not into not less than 23 separate actions. Such a course of conduct would have resulted in a

clear numerical advantage for the Panel's selection of that District for consolidation and transfer,

thereby defeating the Brauch Movants' contentions on this point. Such an approach (read: filing

separate complaints for each claim), however, would also have wasted judicial and attorney

resources. The Kidwell Group, rather than overburden the District of Delaware with such

piecemeal filings, instead collectively decided to file consolidated actions before that Court

    B.    **The District Of Delaware Is The Appropriate Forum For These Cases**

        The appropriate forum for the Intel Actions is the District of Delaware, *not* the Northern

District of California. MDL actions are commonly transferred to a forum where one or more

cases are already pending. *"Dalkon Shield,"* 406 F. Supp. at 542. Not only is the first-filed of

all of the Intel Actions pending in the District of Delaware, before The Honorable Joseph J.

Farnan (*AMD v. Intel Corp.,* Case No. 05-441 (JJF), but the majority of the named plaintiffs in

these actions – *as well as both AMD **and Intel*** – have also selected the District of Delaware as

the appropriate forum for these cases.

---

[4]  The Kidwell Group agrees with the Brauch Movants' recitation of the standards for transfer and pretrial
coordination or consolidation under 28 U.S.C. § 1407, but disagrees with their choice of venue.

Judge Farnan is well equipped to handle the Intel Actions, having served on the bench since 1985 and having previously presided over complex antitrust cases. *See, e.g., U.S.A. v. Federation of Physicians and Dentists*, 63 F.Supp.2d 475 (D. Del. 1999); *SAS of Puerto Rico v. Puerto Rico Telephone Company*, 833 F. Supp 450 (D. Del. 1993); and *Mobil Oil Corporation v. Advanced Environmental Recycling Technologies*, 833 F. Supp 437 (D. Del. 1993).

The fact that Delaware is the location of the first-filed and most advanced action – two reasons commonly cited by the Panel when determining an appropriate court for transfer – is significant to this analysis. *See In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 293 F. Supp. 2d 1378 (J.P.M.L. 2003) (constituent cases transferred to district where the first filed and most advanced case was already proceeding); *In re General Motors Corp. "Piston Slap" Products Liability Litigation*, 314 F. Supp. 2d 1836 (J.P.M.L. 2004) (first filed); *In re Musha Cay Litigation*, 330 F. Supp. 2d 1364 (J.P.M.L. 2004) (same); *In re GMAC Insurance Management Corp. Overtime Pay Litigation*, 342 F. Supp. 2d 1357 (J.P.M.L. 2004) (first filed, most advanced); *In re Elevator and Escalator Antitrust Litigation*, 2004 WL 2913166 (J.P.M.L. Dec. 7, 2004) (first filed); *In re Rubber Chemicals Antitrust Litigation*, 2004 WL 3015739 (J.P.M.L. Dec. 21, 2004) (same). Based on this criterion, Delaware has the strongest interest in this litigation and is the more appropriate transferee forum.

Additionally, the Panel often takes the preferences of the parties into consideration. *See In re Elevator and Escalator Antitrust Litigation*, 2004 WL 2913166 (J.P.M.L. Dec. 7, 2004). Not only have the majority of the parties in the Intel Actions expressed their preference for the District of Delaware, but both AMD, the plaintiff in the first-filed of the Intel Actions and the only one of the cases that is a direct action – as well as Intel, the defendant in each of the Intel Actions – has selected Delaware as the appropriate forum in which to litigate these claims. See

- 5 -

*Innovations Enterprises Ltd. d/b/a/ The Gustbuster v. Haas-Jordan Company, Inc.,* C.A. No. 99 CV 1681, 2000 U.S. Dist. LEXIS 2025 ("Plaintiff's choice of forum is entitled to great weight and should not be negated unless 'the balance of convenience and justice weighs heavily in favor of transfer… Where transfer merely serves to shift the inconvenience from one party to the other, the plaintiff's choice of forum should not be disturbed.'"); *R. Siskind & Company, Inc. v. Ashworth, Inc., A Corp., B Corp., and C Corp.,* C.A. No. 95 Civ. 7707, 1996 U.S. Dist. LEXIS 4418 (In making that determination, the court must give substantial deference to [plaintiff's] choice of forum."); *Argonaut Partnership, L.P., Gerstenhaber Investments, L.P., and Gabriel Capital, L.P. v. Bankers Trustee Company Limited; Argonaut Partnership, L.P., Gabriel Capital, L.P. and Gerstanhaber Investments, L.P. v. Bancomer, S.A.,* C.A. No. 96 Civ. 1970 and C.A. No. 96 Civ. 2222, 1997 U.S. Dist. LEXIS 1092 (traditionally deference is given to plaintiff's choice of forum); *Thayer/Patricof Education Funding, L.L.C., and Thayer/Patricof Education Holdings, L.L.C. v. Pryor Resources, Inc., Fred H. Pryor, Philip R. Love, and Michael B. Hays,* C.A. No. 01-1565, 196 F. Supp. 2d 21; 2002 U.S. Dist. LEXIS 7264 (same). The fact that Intel, the defendant in each of these cases, also supports transferring the Intel Actions to the District of Delaware further confirms the appropriateness of the Panel undertaking this course of action.

Finally, the Panel has previously found the District of Delaware to be an appropriate venue for multidistrict litigation. According to the Panel's Statistical Analysis of Multidistrict Litigation, since 1968, the Panel has transferred only 56 cases to the District of Delaware. See http://www.jpml.uscourts.gov/StatisticalAnalysis2004.pdf. While there are already eleven active multidistrict litigations pending in the Northern District of California, there is only one such action pending in Delaware. The Federal District courthouse in Delaware is as accessible as any in the Northern District of California, if not moreso. Aside from the close proximity to several

major airports (including Newark, Philadelphia, Baltimore, Atlantic City, and two in Washington D.C.), the courthouse is accessible to Amtrak rail service running up and down the East Coast of the United States.

Furthermore, both AMD and Intel are Delaware corporations. Many of the expected witnesses are located on the East Coast or throughout the country, and the vast majority of documentary discovery will occur in electronic form and will thus be accessible virtually anywhere. Moreover, third party discovery – which will comprise a material portion of the discovery in these cases – will be sought from companies located throughout the United States and worldwide. Additionally, attorneys for many of the Plaintiffs and Defendants have offices, and are based, in cities far more accessible to Delaware than San Francisco.

## IV.  CONCLUSION

For all the foregoing reasons, the Kidwell Group respectfully requests the Panel deny the Branch Movants' Motion to the extent that it requests transfer of the related actions to the Northern District of California, grant the Kidwell Group's cross-motion, and respectfully requests the Panel enter an order transferring the California Actions to the District of Delaware for coordinated or consolidated pretrial proceedings.

Dated:  August 2, 2005               Respectfully submitted,

Fred Taylor Isquith
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

- 7 -

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ALDER
 FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone:  312/984-0000
Facsimile:   312/084-0001

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2700
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE,
Moeller and Harms in *Kidwell* Action, Plaintiffs Rainwater,
Chapman and Yaco in the *Rainwater* Action, Plaintiffs
Volden, Dupraz, DeGeorge, Goeke, Conley, Bjork, Kidwell
and Vaught in the *Volden* Action, and Plaintiffs Ficor
Acquisition Co., LLC dba Mills & Greer Sporting Goods,
Caplan, Salgado, Nardella, Wolfe, March, Hobbs, Marcus,
and Deering in the *Ficor Acquisition* Action

410358

- 8 -

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

COURTESY COPY

| | | |
|---|---|---|
| IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION | : : : : : | MDL DOCKET NO. 1717 |

**THE KIDWELL GROUP'S CROSS-MOTION TO TRANSFER AND
COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS
IN THE DISTRICT OF DELAWARE, PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs, The Kidwell Group[1] ("Plaintiffs"), respectfully move the Judicial Panel on

Multidistrict Litigation ("JPML" or the "Panel") for an Order, pursuant to 28 U.S.C. § 1407, that

would accomplish the following:

---

[1] The Kidwell Group is composed of the following named plaintiffs:

    (1) Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller and Caresse Harms, named plaintiffs in *Kidwell, et al. v. Intel Corp.*, No. 05-470, filed in the District of Delaware on July 6, 2005;

    (2) Robert J. Rainwater, Kathy Ann Chapman and Sonia Yaco, named plaintiffs in *Rainwater, et al. v. Intel Corp.*, Case No. 05-473, filed in the District of Delaware on July 7, 2005;

    (3) James Volden, Charles Dupraz, Vanessa Z. DeGeorge, Melissa Goeke, James R. Conley, Nancy Bjork, Tom Kidwell and Jeff Vaught, named plaintiffs in Volden, et al. v. Intel Corp., Case No. 05-488, filed in the District of Delaware on July 13, 2005; and

    (4) Ficor Acquisition Co., LLC, dba Mills & Greer Sporting Goods, Richard Caplan, Maria Pilar Salgado, Paula Nardella, Nancy Wolfe, Leslie March, Tom Hobbs, Andrew Marcus, and Virginia Deering, named plaintiffs in *Ficor Acquisition Corp., et al. v. Intel*

(footnote continued. . .)

410352

First, Plaintiffs ask the JPML to transfer all of the below-listed actions currently pending against Intel Corporation ("Intel") in the United States District Court for the Northern District of California, San Francisco Division, and one action pending in the Southern District of California, as well as any cases that may subsequently be filed asserting similar or related claims, to the United States District Court for the District of Delaware. The actions currently pending in the Northern District of California are as follows: (1) *Lipton, et al. v. Intel Corp.,* No. 3:05-cv-002669-MHP (filed June 29, 2005); (2) *Prohias v. Intel Corp.,* No. 3:05-cv-02699-MHP (filed June 30, 2005); (3) *Konieczka v. Intel Corp.,* No. 3:05-cv-02700-MHP (filed June 30, 2005); (4) *Hamilton v. Intel Corp.,* No. 3:05-cv-02721-MHP (filed July 1, 2005); (5) *Niehaus v. Intel Corp.,* No. 3:05-cv-02720-MHP (filed July 1, 2005); (6) *Brauch v. Intel Corp.,* No. 3:05-cv-02743-MHP (filed July 5, 2005); (7) *Baxley v. Intel Corp.,* No. 3:05-cv-00488-MHP (filed July 6, 2005); (8) *Frazier, et al. v. Intel Corp.,* No. 3:05-cv-02813-MHP (filed July 11, 2005); (9) *Dickerson v. Intel Corp.,* No. 1:05-cv-02818-MHP (filed July 11, 2005); (10) *The Harman Press v. Intel Corp.,* No. 3:05-cv-02823-MHP (filed July 11, 2005); (11) *Shanghai 1930 Restaurant Partners v. Intel Corp.,* No. 3:05-cv-02830-MHP (filed July 12, 2005); (12) *Major League Softball, Inc. v. Intel Corp.,* No. 1:05-cv-02831-MHP (filed July 12, 2005); (13) *Allanoff v. Intel Corp.*, No. 3:05-cv-02834-MHP (filed July 12, 2005); (14) *Lazio Family Products v. Intel Corp.,* No. 3:05-cv-02859-MHP (filed July 13, 2005); (15) *Law Offices of Laurel Stanley v. Intel Corp.,* No. 3:05-cv-02858-MHP (filed July 13, 2005); (16) *Walker v. Intel Corp.,* No. 3:05-cv-02882-MHP (filed July 14, 2005); (17) *Stolz v. Intel Corp.,* No. 3:05-cv-02897-MHP (filed July 15, 2005); (18) *Naigow v. Intel Corp.,* No. 1:05-cv-02898-MHP (filed July 15, 2005); (19)

---

(. . .footnote continued)

   *Corp.*, Case No. 05-515, filed in the District of Delaware on July 21, 2005.

410352

*Hewson v. Intel Corp.,* No. 3:05-cv-02916-MHP (filed July 18, 2005); (20) *Lang v. Intel Corp.,* No. 3:05-cv-02957-MHP (filed July 21, 2005); (21) *Trotter-Vogel Realty, Inc. v. Intel Corporation,* No. 3:05-cv-03028-MHP (filed July 26, 2005); (22) *Juskiewicz v. Intel Corp.,* No. 3:05-cv-03094-BZ (filed July 29, 2005). The action pending in the Southern District of California is as follows: (1) *Suarez v. Intel Corp.,* No. 3:05-cv-1507-JM(RBB) (filed July 27, 2005).

Second, Plaintiffs ask the JPML to coordinate or consolidate the above-referenced actions pending against Intel in the United States District Court for the Northern District of California with the factually similar actions that are currently pending in the United States District Court for the District of Delaware. As of July 29, 2005, Plaintiffs are aware of the following actions pending in the District of Delaware: (1) *Advanced Micro Devices, Inc. v. Intel Corp.,* No. 1:05-cv-004411-JJF (filed June 27, 2005); (2) *Kidwell, et al. v. Intel Corp.,* No. 1:05-cv-00470-JJF (filed July 6, 2005); (3) *Rainwater, et al. v. Intel Corp.,* No. 1:05-cv-00473-JJF (filed July 7, 2005); (4) *Kravitz, et al. v. Intel Corp.,* No. 1:05-cv-00476-JJF (filed July 8, 2005); (5) *Ruccolo v. Intel Corp.,* No. 1:05-cv-00478-JJF (filed July 8, 2005); (6) *Paul v. Intel Corp.,* No. 1:05-cv-00485-JJF (filed July 12, 2005); (7) *Volden v. Intel Corp.,* No. 1:05-cv-00488-JJF (filed July 13, 2005); (8) *Chacon, et al. v. Intel Corp.,* No. 1:05-cv-00489-JJF (filed July 13, 2005); (9) *Simon v. Intel Corp.,* No. 1:05-cv-00490-JJF (filed July 13, 2005); (10) *Czysz v. Intel Corp.,* No. 1:05-cv-00509-JJF (filed July 20, 2005); (11) *Ludt v. Intel Corp.,* No. 1:05-cv-00510-JJF (filed July 20, 2005); (12) *Baran v. Intel Corp.,* No. 1:05-cv-00508-JJF (filed July 20, 2005); (13) *Ambruoso v. Intel Corp.,* No. 1:05-cv-00505-JJF (filed July 20, 2005); (14) *Ficor Acquisition Co. v. Intel Corp.,* No. 1:05-cv-00515-JJF (filed July 21, 2005); (15) *Manyin, et al. v. Intel Corp.,* No. 1:05-cv-00526-UNA (filed July 22, 2005); (16) *HP Consulting Services v. Intel*

3

410352

*Corp.,* No. 1:05-cv-00521-JJF (filed July 22, 2005); (17) *Fairmont Orthopedics & Sports Medicine PA v. Intel Corp.,* No. 1:05-cv-00519-JJF (filed July 22, 2005); (18) *Law Offices of Kwasi Asiedu v. Intel Corp.,* No. 1:05-cv-00520-JJF (filed July 22, 2005); (19) *Cowan v. Intel Corp.,* No. 1:05-cv-00522-JJF (filed July 22, 2005); (20) *Feitelberg v. Intel Corp.,* No. 1:05-cv-00532-UNA (filed July 25, 2005); (21) *Cone v. Intel Corp.,* No. 1:05-cv-00531-UNA (filed July 25, 2005); (22) *Weeth v. Intel Corp.,* No. 1:05-cv-00533-UNA (filed July 25, 2005); (23) *Harr v. Intel Corp.,* 1:05-cv-00537-UNA (filed July 26, 2005); (24) *Cohn v. Intel Corp.,* No. 1:05-cv-00539-UNA (filed July 26, 2005); (25) *Griffin v. Intel Corp.,* No. 1:05-cv-00540-UNA (filed July 26, 2005); (26) *Kornegay v. Intel Corp.,* No. 1:05-cv-00541-UNA (filed July 27, 2005); (27) *Ramos v. Intel Corp.,* No. 1:05-cv-00544 (filed July 28, 2005); (28) *Bergerson & Associates, Inc. v. Intel Corp.,* No. 1:05-cv-00547 (filed July 28, 2005); (29) *Arnold v. Intel Corp.*, No. 1:05-cv-00554-UNA (filed August 1, 2005); (30) *Genese et al v. Intel Corp.*, No. 1:05-cv-00556-UNA (filed August 2, 2005).

In support of their motion, Plaintiffs state as follows:

1.     The actions for which transfer and coordination or consolidation are proposed arise out of the same or similar illegal conduct and allege substantially similar claims. The first action was brought by Advanced Micro Devices ("AMD"), one of Intel's competitors. This motion does not seek consolidation with the private related action    The remaining actions are indirect purchaser class actions brought on behalf of consumers who purchased computers containing Intel microprocessor computer chips ("Intel Chips"). All of the actions allege that Intel and its controlled subsidiaries or affiliates illegally maintained its monopoly power in the relevant microprocessor market or that Intel conspired to fix, raise, maintain, or stabilize prices for Intel Chips sold in the United States and elsewhere, Intel manufactures, distributes,

4

advertises, and sells Intel Chips throughout the United States and the world.

2.    Plaintiffs propose that the above-referenced actions pending in the Northern and Southern Districts of California be consolidated with the above-referenced actions currently pending in the District of Delaware.

3.    All of the actions arise out of a common core of factual allegations, namely, that Intel illegally maintained its monopoly power in the relevant microprocessor market or engaged in a combination and conspiracy to suppress and eliminate competition in that market by fixing the prices of or allocating markets for Intel Chips sold in the United States and elsewhere, thus overcharging Original Equipment Manufacturer purchasers and consumers by reason of inflated prices of Intel Chips during the relevant time period.

4.    The centralization of these actions in a single judicial district for coordinated or consolidated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of all parties and witnesses, and will promote the interest of justice because all of the actions involve the same or similar factual and legal issues.

5.    Coordination or consolidation of the actions before a single court will conserve judicial resources, reduce litigation costs, prevent potentially inconsistent pretrial rulings, eliminate duplicative discovery, and permit the cases to proceed to trial more efficiently.

6.    All of the actions are in the very early stages of litigation; no responsive pleadings have been field nor has any discovery been conducted.

7.    The proposed transfer and coordination or consolidation in the District of Delaware "will be for the convenience of parties and witnesses and will promote the just and efficient conduct" of these actions because it is expected that for each plaintiff in each of the actions, counsel will take discovery of the same witnesses and documents to provide the same or

5

410352

similar conspiracy or conduct.

8.    Significantly, and in addition to the reasons set forth below, which, by themselves, are sufficient to support transfer of these actions to the District of Delaware, both Intel and AMD have confirmed their respective preferences for the Panel to transfer these cases to that District, thereby fatally undercutting the Brauch Group's contrary arguments in their entirety.

9.    Furthermore:  (a) the majority of the cases were filed and remain pending in the District of Delaware; (b) the District of Delaware has the resources and judicial expertise to properly conduct this case; (c) Intel and AMD are incorporated in Delaware; (d) likely witnesses and documentary evidence are convenient to the District of Delaware; (e) the Court is centrally located to all parties; and (f) docket conditions favor the District of Delaware over the Northern District of California.

10.    Plaintiffs' motion is based on the accompanying memorandum of law, the filed pleadings and papers, and other materials that may be presented to the Panel before or at the time of any hearing in this matter.

**WHEREFORE,** Plaintiffs respectfully request that the Panel grant their cross-motion and enter an Order mandating that the above-described actions pending against Intel in the Northern and Southern Districts of California, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the District of Delaware for consolidated and coordinated pretrial proceedings.

6

410352

Dated:   August 2, 2005                Respectfully submitted,


Fred Taylor Isquith
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile:  212/545-4653

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone:   312/984-0000
Facsimile:    312/084-0001

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2700
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE,
Moeller and Harms in *Kidwell* Action, Plaintiffs Rainwater,
Chapman and Yaco in the *Rainwater* Action, Plaintiffs
Volden, Dupraz, DeGeorge, Goeke, Conley, Bjork, Kidwell
and Vaught in the *Volden* Action, and Plaintiffs Ficor
Acquisition Co., LLC dba Mills & Greer Sporting Goods,
Caplan, Salgado, Nardella, Wolfe, March, Hobbs, Marcus,
and Deering in the *Ficor Acquisition* Action

410352

## CERTIFICATE OF SERVICE

COURTESY COPY

I, Fred Taylor Isquith, on behalf of Plaintiffs the Kidwell Group, hereby certify that true

and correct copies of the following documents were served on August 2, 2005, via U.S. mail on

the court, counsel and/or parties of record listed below:

- The Kidwell Group's Cross-Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the District of Delaware Pursuant to 28 U.S.C. § 1407;

- Response of The Kidwell Group in Opposition to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407 And In Support Of The Kidwell Group's Cross-Motion To Transfer And Coordinate Or Consolidate For Pretrial Proceedings In The District Of Delaware;

- Certificate of Service;

- Cover letter to Clerk, United States District Court for the Northern District of California; and

- Cover letter to Clerk, United States District Court of the District of Delaware; and

- Cover letter to Clerk, United States District Court for the Southern District of California.

Fred Taylor Isquith

**COURTS**

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102
Telephone: (415) 522-2000

Clerk of the Court                    Clerk of the Court
U.S. District Court                   U.S. District Court
District of Delaware                  Southern District of California
J. Caleb Boggs Federal Building       880 Front St., Suite 4290
844 North King Street                 San Diego, CA 92101-8900
Wilmington, Delaware 19801
Telephone: (302) 573-6170

410352

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
<u>MDL Service List – August 2, 2005</u>
Page 1

## COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2700
San Diego, CA 92101
619/239-4599
619/234-4599 (fax)

Fred Taylor Isquith
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
212/545-4600
212/545-4653 (fax)

Mary Jane Edelstein Fait
Adam J. Levitt
WOLF HALDENSTEIN ALDER
 FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
312/984-0000
312/984-0001 (fax)

**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, Plaintiffs Rainwater, Chapman and Yaco in the *Rainwater* Action, Plaintiffs Volden, Dupraz, DeGeorge, Goeke, Conley, Bjork, Kidwell and Vaught in the *Volden* Action, and Plaintiffs Ficor Acquisition Co., LLC dba Mills & Greer Sporting Goods, Caplan, Salgado, Nardella, Wolfe, March, Hobbs, Marcus, and Deering in the *Ficor Acquisition* Action**

Lance A. Harke
Howard M. Bushman
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
305/536-8222
305/536-8229 (fax)

**Counsel for Plaintiff in *Prohias* Action**

Lee M. Gordon
Elaine T. Byszewski
HAGENS BERMAN SOBOL
 SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
213/330-7150
213/330-7152 (fax)

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
 SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
206/623-7292
206/623-0594 (fax)

Jeffrey F. Keller
Kathleen R. Scanlan
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
415/543-1305
415/543-7861 (fax)

**Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton, Niehaus, Baxley, Naigow* and *Stoltz* Actions**

Jeffrey S. Goldenberg
John C. Murdock
MURDOCK GOLDENBERG
SCHNEIDER & GROH, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
513/345-8291
513/.345-8294 (fax)

**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions**

Spencer Hosie
Bruce J. Wecker
HOSIE McARTHUR LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
415/247-6000
415/247-6001 (fax)

**Counsel for Plaintiff in *Dickerson* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 2

## COUNSEL FOR PLAINTIFFS

Alex C. Turan
Michael P. Lehmann
Frederick P. Furth
Thomas Patrick Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
    415/433-2070
    415/982-2076 (fax)

**Counsel for Plaintiffs in *Brauch, Allanoff*
and *Lazio Family Products* Actions**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O.
SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
    415/788-7210
    415/788-0707 (fax)

Craig C. Corbitt
Judith Zahid
ZELLE HOFMANN VOELBEL
  MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
    415/693-0700
    415/693-0770 (fax)

**Counsel for Plaintiffs in *Brauch, Lazio
Family Products,* and *Stanley* Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF &
  BLANCHFIELD
332 Minnesota Street, Suite #E-1250
St. Paul, MN 55101
    651/287-2100
    651/287-2103 (fax)
Eric J. Belfi
MURRAY FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
    212/682-1818
    212/682-1892 (fax)

**Counsel for Plaintiff in *Baxley* Action**

Michele C. Jackson
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
    415/956-1000
    415/956-1008 (fax)

David S. Stellings
Jennifer Gross
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
    212/355-9500
    212/355-9592 (fax)

**Counsel for Plaintiffs in *Frazier* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
    415/217-6810
    415/217-6813 (fax)

Randy R. Renick
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
    626/585-9608
    626/585-9610 (fax)

**Counsel for Plaintiffs in *Harman Press,
Shanghai 1930 Restaurant Partners, and
Major League Softball* Actions**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 3

## COUNSEL FOR PLAINTIFFS

Scott R. Ames
SERRATORE AMES LLP
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
    310/205-2460
    310/205-2464 (fax)

**Counsel for Plaintiff in** *Major League*
*Softball* **Action**

Steven Greenfogel
MEREDITH COHEN GREENFOGEL
  & SKIRNICK, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
    215/564-5182
    215/569-0958 (fax)

**Counsel for Plaintiff in** *Allanoff* **Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
    302/651-7500
    302/651-7701 (fax)

Charles P. Diamond
Linda J. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
    310/246-6800
    310/246-6779 (fax)

Mark A. Samuels
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2800
    213/430-6340
    213/430-6407 (fax)

**Counsel for Plaintiffs in** *Advanced Micro*
*Devices* **Action**

Ann Lugbill
2405 Auburn Avenue
Cincinnati, OH 45219
    513/784-1280
    513/784-1449 (fax)

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
    859/491-5551

**Counsel for Plaintiff Reeder in** *Kidwell*
**Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19999
    302/656-2500
    302/656-9053 (fax)

**Counsel for Plaintiffs Kidwell, Reeder,**
**Maita, JWRE, Moeller and Harms in**
*Kidwell* **Action and Plaintiffs Rainwater,**
**Chapman, and Yaco in** *Rainwater* **and**
*Volden* **Action, Plaintiffs Cowan, Lorenzo**
**and Dennis in** *Cowan* **Action , Plaintiff**
**Czysz in** *Czysz* **Action, Plaintiff Ludt in**
*Ludt* **Action, Plaintiff Baran in** *Baran*
**Action**

Gene Summerlin
OGBORN, SUMMERLIN &
  OGBORN, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
    402/434-8040
    402/434-8044 (fax)

**Counsel for Plaintiffs JWRE, Moeller and**
**Harms in** *Kidwell* **Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List -- August 2, 2005
Page 4

## COUNSEL FOR PLAINTIFFS

Robert J. Sharkey
VANDERVOORT, CHRIST &
  FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
    269/965-7000
    269/965-0646 (fax)

**Counsel for Plaintiff Rainwater in**
***Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
    612/339-6900
    612/339-0981 (fax)

**Counsel for Plaintiffs Chapman and**
**Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
LAW OFFICES OF NOAH
  GOLDEN-KRASNER
354 West Main Street
Madison, WI 53703
    608/441-8294
    608/442-9494 (fax)

**Counsel for Plaintiff Yaco in *Rainwater***
**Action**

Joel Friedlander
James G. McMillan, III
BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
    302/573-5300
    302/573-3501 (fax)

Daniel Hume
David Kovel
KIRBY MCINERNEY & SQUIRE LLP
830 Third Avenue
New York, NY 10022
    212/317-6600
    213/751-2540 (fax)

**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P. O. Box 497
Dover, DE 19903
    302/674-0140
    302/674-1830 (fax)

**Counsel for Plaintiffs in *Ruccolo, Griffin,***
***Cohn* and *Manyin* Actions**

Jeffrey S. Goddess
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
    302/656-4433
    215/963-0838 (fax)

**Counsel for Plaintiff in *Simon, Cone* and**
***Chacon* Actions**

James L. Holzman
David W. Gregory
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
    302/888-6509
    302/658-8111 (fax)

**Counsel for Plaintiff in *Kornegay, Harr,***
***Paul, Ambruoso, HP Consulting Services,***
***Inc., Fairmont Orthopedics & Sports***
***Medicine, P.A., Law Offices of Kwaski A.***
***Siedu, Jerome Feitelberg and Robin Weeth***
**Actions**

Steven A. Kanner
Douglas A. Millen
William H. London
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
    312/521-2000
    312/521-2100 (fax)

**Counsel for Plaintiff in *HP Consulting***
***Services, Inc.* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
**MDL Service List – August 2, 2005**
**Page 5**

## COUNSEL FOR PLAINTIFFS

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD &
  TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
      202/408-4600
      202/408-4699 (fax)

Anthony J. Bolognese
Joshua Grabar
BOLOGNESE & ASSOCIATES, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
      215/814-6750
      215/814-6764 (fax)

**Counsel for Plaintiff in *Paul* Action**

Dan E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Ave S
Minneapolis, MN 55402
      612/333-8844
      612/339-6622 (fax)

**Counsel for Plaintiff in *Fairmont
Orthopedic & Sporting Medicine, P.A.***

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
      212/687-1980
      212/687-7714 (fax)

**Counsel for Plaintiff in *Ambruoso Action***

Susan G. Kupfer
Karen Rosenthal
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94104
      415/972-8160
      415/972-8166 (fax)

**Counsel for Plaintiff in *Law Offices of
Kwasi A. Siedu***

Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA
  & SIDENER, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
      415/777-2230
      415/777-5180 (fax)

**Counsel for Plaintiff in *Feitelberg* Action**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
      215/963-0600
      215/963-0838 (fax)

**Counsel for Plaintiff in *Simon* Action**

Joseph G. Veenstra
JOHNS, FLAHERTY & COLLINS, S.C.
205 Fifth Avenue South, Suite 600
P.O. Box 1626
LaCrosse, WI 54602-1626
      608/784-5678
      608/784-0557 (fax)

**Counsel for Plaintiff in *Weeth* Action**

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 6

## COUNSEL FOR PLAINTIFFS

Steven Benz
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
      617/371-1072
      617/372-1037 (fax)

**Counsel for Plaintiff in *Law Offices of Laurel Stanley* Action**

Shannon P. Cereghino
Ali Oromchian
Christine Pedigo
FINKELSTEIN, THOMPSON
 & LOUGHRAN
601 Montgomery Street, Suite 665
San Francisco, CA 94111
      415/398-8700
      415/398-8704 (fax)

Douglas G. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
FINKELSTEIN, THOMPSON
 & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
      202/337-8000
      202/337-8090 (fax)

**Counsel for Plaintiff Walker in *Walker* Action**

Charles F. Speer
Donnamarie Landsberg
THE SPEER LAW FIRM
104 W. 9th Street, Suite 305
Kansas City, MO 64105
      816/472-3560
      816/421-2150 (fax)

**Counsel for Plaintiff Vaught in *Volden* Action**

Natalie Finkleman
Bennett Shepard
FINKLEMAN, MILLER & SHAH, LLC
Media, PA 19603
      610/891-9880
      610/891-9883 (fax)

James E. Miller
Bennett Shepard
FINKLEMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412-1311
      860/526-1100
      860/526-1120 (fax)

Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ &
 RICHARDS, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
      215/731-9004
      215/371-9044 (fax)

Douglas P. Dehler
THE DEHLER LAW FIRM, S.C.
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005
      262/780-7041
      262/780-7057 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
      954/570-8989
      954/354-0205 (fax)

John R. Minnino
J MINNINO, LLC
475 White Horse Pike
Collingswood, NJ 08107-2909
      856/833-0600
      856/833-9649

**Counsel for *Chacon* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 7

## COUNSEL FOR PLAINTIFFS

Donald L. Perlman
Roberta D. Liebenberg
FINE KAPLAN AND BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
      215/567-6565
      215/568-5872 (fax)

Russell M. Aoki
AOKI SAKAMOTO GRANT LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101
      206/624-1400

**Counsel for Plaintiff Stoltz in *Stoltz*
Action**

Juden Justice Reed
Robert C. Schubert
Peter E. Borkon
SCHUBERT & REED LLP
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
      415/788-4220
      415/788-0161 (fax)

**Counsel for Plaintiff in *Hewson* Action**

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
      415/563-7200
      415/346-0679 (fax)

Mario Nunzio Alioto
TRUMP ALIOTO TRUMP
 & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
      415/563-7200
      415/346-0679 (fax)

**Counsel for Plaintiff in *Lang* Action**

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
      302/984-6000

**Counsel for Plaintiff in *Czysz* Action,
Plaintiff in *Ludt* Action, and Plaintiff in
*Baran* Action**

Tim Semelroth
RICCOLO & SEMELROTH, P.C.
425 Second St. SE
Suite 1140
Cedar Rapids, IA 52401
      319/365-9200
      319/365-1114 (fax)

**Counsel for Plaintiff Ryan James Volden
in *Volden* Action**

Edward A. Wallace
THE WEXLER FIRM LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602
      312/346-2222
      312/346-0022 (fax)

Kenneth A. Wexler
KENNETH A. WEXLER AND
ASSOCIATES
One North LaSalle Street
Suite 2000
Chicago, IL 60602
      312/346-2222
      312/346-0022 (fax)

**Counsel for Plaintiff in *Naigow* Action**

Michael L. Kirby
POST KIRBY NOONAN AND SWEAT
600 West Broadway
Suite 1100
San Diego, CA 92101-3302
      619/231-8666

**Counsel for Plaintiff in *Suarez* Action**

410072.4

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION
MDL Service List – August 2, 2005
Page 8

## COUNSEL FOR PLAINTIFFS

Scott E. Chambers
SCHMITTINGER & RODRIGUEZ, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
    302/674-0140

### Counsel for Plaintiff in *Ramos* Action

James L. Holzman
PRICKETT, JONES & ELLIOT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
    302/888-6500

### Counsel for Plaintiff in *Bergerson* Action

Nancy L. Fineman
COTCHETT PITRE SIMON &
McCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Email: nfineman@cpsmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## COUNSEL FOR DEFENDANTS

Richard A. Ripley
BINGHAM McCUTCHEN LLP
1120 20th Street, N.W., Suite 800
Washington, DC 20036
    202/778-6150
    202/778-6155 (fax)

## DEFENDANTS

Intel Corp.
c/o CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

410072.4

Docket: 1717 - In re Intel Corp. Microprocessor Antitrust Litigation

Status:   Pending on  / /

Transferee District:           Judge:

COURTESY COPY

Printed on 07/25/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Hamilton, Steve J.\*; Konieczka, Ronald\*; Lipton, David E.\*; Niehaus, Patricia M.\*; Prohias, Maria I.\*;<br>Thibedeau, Dana F.\* |
| Blanchfield, Jr., Garrett D.<br>Reinhardt, Wendorf & Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | => Baxley, Susan\* |
| Diamond, Charles P.<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035 | => Advanced Micro Devces, Inc.\*; AMD International Sales & Service, Ltd.\* |
| Friedlander, Joel<br>Bouchard, Margules & Friedlander<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | => Allison, Raphael; Kravitz, Matthew |
| Intel Corp.,<br>c/o CT Corp. System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | => Intel Corp. |
| Isquith, Sr., Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | => Chapman, Kathy Ann\*; Harms, Caresse\*; JWRE, Inc.\*; Kidwell, Jim\*; Maita, John\*; Moeller,<br>Chrystal\*; Rainwater, Robert J.\*; Reeder, Mary\*; Yaco, Sonia\* |
| Jackson, Michele C.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St 30th Fl<br>San Francisco, CA 94111-3339 | => Frazier, Huston; Frazier, Jeanne Cook; Weiner, Brian |
| Lehmann, Michael P.<br>Furth Firm, LLP<br>225 Bush Street<br>Suite 1500<br>San Francisco, CA 94104-4249 | => Brauch, Michael\*; Meimes, Andrew\* |
| Saveri, R. Alexander<br>Saveri & Saveri, Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111-5630 | => The Harman Press\* |
| Wecker, Bruce J.<br>Hosie & McArthur<br>1 Market Street<br>Spear Street Tower | => Dickerson, Dwight E.\* |

Note: Please refer to the

*(Panel Attorney Service List for MDL 1,717 Continued)*

**ATTORNEY - FIRM**                    **REPRESENTED PARTY(S)**

Suite 2200
San Francisco, CA 94105