Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JUSTIN SUAREZ on behalf of himself and all others similarly situated

vs

INTEL CORPORATION, a Delaware corporation

**SUMMONS IN A CIVIL ACTION**

Case No.

'05 CV 1507 JM (RBB)

TO: (Name and Address of Defendant)

Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA  95052



RECEIVED JAN 9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby (50895)/Jonathan A. Boynton (174910)
Post Kirby Noonan & Sweat LLP
600 West Broadway, Ste. 1100
San Diego, CA  92101
Tel:  (619) 231-8666/Fax:  (619) 231-9593

An answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ , Deputy Clerk

JUL 27 2005
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____     _____
                    Date                              Signature of Server

                                          _____
                                          Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| POST KIRBY NOONAN & SWEAT<br>MICHAEL L. KIRBY, SBN 050895<br>600 WEST BROADWAY STE. 1200<br>SAN DIEGO, CA 92101 | (619) 231-8666 | |
| ATTORNEY FOR (Name): SUAREZ | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA 92101-8900

PLAINTIFF:
SUAREZ

DEFENDANT:
INTEL

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>05CV1507 JM (RBB) |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUMMONS; CLASS ACTION COMPLAINT**

ON: **INTEL CORPORATION, A DELAWARE CORPORATION**

AT 818 W. 7TH ST
 LOS ANGELES, CA 90017
 (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**MARK DIFFENBAUGH - AGENT FOR SERVICE**

ON: **August 22, 2005**
AT: **02:05 pm**

**Manner of service** in compliance with California Code of Civil Procedure.

Fee for Service: $47.50
 REGISTERED PROCESS SERVER
 County: **LOS ANGELES**
 Registration No.: **3859**
 Expiration: **March 10, 2005**
 Diversified Legal Services, Inc.
 4665 Park Blvd.
 San Diego, CA 92116
 (619) 260-8224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 24, 2005** at San Diego, California.

Signature: _____
KURT WISE

**PROOF OF SERVICE**

Order#: 120624/BProof39