## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| Justin Suarez | vs | Intel Corporation | No. | 05cv1507-JM |
|---|---|---|---|---|
| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |

It is hereby ordered that The Honorable Jeffrey T. Miller hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: **THOMAS J. WHELAN**

New Case #: 05cv1507-W

**Please forward judge's court file to new assigned judge.**



Date: September 1, 2005    Deputy: _B Fochler_