UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SUAREZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | CASE NO. 05CV1507<br><br>ORDER OF RECUSAL<br><br>**THOMAS J. WHELAN** |

Judge Jeffrey T. Miller hereby recuses himself from the above-referenced case and orders that the case be reassigned to another judge.

**IT IS SO ORDERED.**

Dated: August 31, 2005

JEFFREY T. MILLER
United States District Judge

cc: All parties

New Case #: 05CV1507-W (RBB)

05CV1507