ORIGINAL FILED

05 SEP -2 PM 3: 59

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

RECEIVED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

6

7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11  JUSTIN SUAREZ, on behalf of himself and all      No. 05 CV 1507 JM (RBB)    "BY FAX"
    others similarly situated,
12                                                    DEFENDANT INTEL
               Plaintiff,                             CORPORATION'S FED. R. CIV. PROC.
13        v.                                          7.1 DISCLOSURE STATEMENT

14  INTEL CORPORATION,

15             Defendant.

16

17         Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies

18  that there is no parent company and no publicly held entity that owns 10% or more of Intel.

19

    DATED:  September 2, 2005
20

21                              BINGHAM McCUTCHEN LLP

22

23

24                         By: _____
                                   Joy K. Fuyuno
25                                 Attorneys for Defendant
                                   Intel Corporation
26

                                                              Case No. C-05-3271

      DEFENDANT'S FED. RULE. CIV. PROC. 7.1 DISCLOSURE STATEMENT

SF/21633368.1



ORIGINAL

1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, California  94111-4067
4   Telephone:  (415) 393-2000

5   Attorneys for Defendant
    Intel Corporation

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   JUSTIN SUAREZ, on behalf of himself and all          No. 05 CV 1507 JM (RBB) BY FAX"
     others similarly situated,
12                                                         PROOF OF SERVICE
                      Plaintiff,
13          v.

14   INTEL CORPORATION,

15                    Defendant.

16

17          I am over eighteen years of age, not a party in this action, and employed in

18   San Francisco County, California at Three Embarcadero Center, San Francisco, California

19   94111-4067.  I am readily familiar with the practice of this office for collection and processing

20   of correspondence for mail delivery, and they are deposited that same day in the ordinary course

21   of business.

22          On September 2, 2005, I served the following documents:

23   STIPULATION AND [PROPOSED] ORDER TO EXTEND
     FILING DATE FOR DEFENDANT'S RESPONSE TO
24   PLAINTIFF'S COMPLAINT; and

25   .DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC.
     7.1 DISCLOSURE STATEMENT
26

PROOF OF SERVICE

SF/21634134.1

1   by causing a true and correct copy of the above to be placed in the United States Mail at

2   San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth

3   below.

4   Michael L. Kirby (CA 50895)                    Daniel J. Mogin (CA 95624)
    Jonathan A. Boynton (CA 174910)                Lisa J. Frisella (CA 2165054)
5   POST KIRBY NOONAN & SWEAT LLP                  Chad M. McManamy (CA 225205)
    One America Plaza                              THE MOGIN LAW FIRM, P.C.
6   600 West Broadway, Suite 1100                  110 Juniper Street
    San Diego, CA 92101-3387                       San Diego, CA 92101-1502
7   Telephone: (619) 231-8666                      Telephone: (619) 687-6611
    Facsimile: (619) 231-9593                      Facsimile: (619) 687-6610

8

9           I declare that I am employed in the office of a member of the bar of this court at

10  whose direction the service was made and that this declaration was executed on September 2,

11  2005, at San Francisco, California.

12

13                                      _____
                                                    Shirlyn Kim
14

15

16

17

18

19

20

21

22

23

24

25

26

2

PROOF OF SERVICE