COPY

```
                                                    FILED
1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)                  05 SEP 13 PM 2:55
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286                              DEPUTY
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 JUSTIN SUAREZ, on behalf of himself and all   No. 05 CV 1507 JM (RBB)  "BY FAX"
   others similarly situated,
12                                               STIPULATION AND
          Plaintiff,                             ORDER TO EXTEND FILING DATE
13                                               FOR DEFENDANT'S RESPONSE TO
      v.                                         PLAINTIFF'S COMPLAINT
14 INTEL CORPORATION, a Delaware
   corporation,                                  RECEIVED
15
          Defendant.                             JAN 9 2006
16
                                                 U.S. DISTRICT COURT
17                                               DISTRICT OF DELAWARE

18        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

19 COUNSEL AS FOLLOWS:

20        Pursuant to CivLR 7.2, Plaintiff Justin Suarez and Defendant Intel Corporation

21 ("Intel") hereby stipulate that Intel's response to Plaintiff's complaint shall be due either 60 days

22 after transfer of the above captioned case pursuant to any motion to coordinate or consolidate

23 pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such

24 motion has been denied. The parties request this extension of time to answer or otherwise

25 respond because the plaintiffs in Brauch, et al. v. Intel Corp., No. C 05-2743 (BZ) (N.D. Cal.,

26
```

filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a related action to that petition. As a result the outcome of the pending petition will impact significantly the schedule of this case.

This is the first stipulation between the parties. Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

IT IS HEREBY STIPULATED.
DATED: September 2, 2005

Bingham McCutchen LLP

By: ______________________
JOY K. FUYUNO
Attorneys for Defendant
Intel Corporation

DATED: September 2, 2005

The Mogin Law Firm, P.C.

By: ______________________
DANIEL J. MOGIN
Attorneys for Plaintiff
Justin Suarez

1

2                                           **ORDER**

3        IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4   Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5   pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6   1407, or, in the alternative, 45 days after any such motion has been denied.

7   Dated: ____9/12____, 2005

8

9                                                            _____
                                                             Judge of the District Court
10

Sep 02 05 02:13p   L.Bartlett-Inhouse Sup.   14153932931   p.6