

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JUSTIN SUAREZ, on behalf of himself and all     | No. 05 CV 1507 JM (RBB) "BY FAX"
    others similarly situated,
12 |                                                 | STIPULATION AND
                   Plaintiff,                         ORDER TO EXTEND FILING DATE
13 |        v.                                      | FOR DEFENDANT'S RESPONSE TO
                                                     PLAINTIFF'S COMPLAINT
14 | INTEL CORPORATION, a Delaware
    corporation,
15
                   Defendant.
16

17



18         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

19 COUNSEL AS FOLLOWS:

20         Pursuant to CivLR 7.2, Plaintiff Justin Suarez and Defendant Intel Corporation

21 ("Intel") hereby stipulate that Intel's response to Plaintiff's complaint shall be due either 60 days

22 after transfer of the above captioned case pursuant to any motion to coordinate or consolidate

23 pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such

24 motion has been denied. The parties request this extension of time to answer or otherwise

25 respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal.,

26

---

STIPULATION AND          ORDER TO EXTEND RESPONSE DATE
SUAREZ ET AL. V. INTEL CORP. 05-CV-1507

SF/21633600.1

1  filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial
2  proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a
3  related action to that petition. As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5        This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: September 2, 2005
8
9                      Bingham McCutchen LLP
10
11
12                 By: _____
                         JOY K. FUYUNO
13                       Attorneys for Defendant
                         Intel Corporation
14 DATED: September 2, 2005
15
16                     The Mogin Law Firm, P.C.
17
18                 By: _____
19                       DANIEL J. MOGIN
                         Attorneys for Plaintiff
20                       Justin Suarez
21
22
23
24
25
26

STIPULATION AND     ORDER TO EXTEND RESPONSE DATE
SUAREZ ET AL. V. INTEL CORP. 05-CV-1507

SF/21633600.1

1
2                              **ORDER**
3       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6  1407, or, in the alternative, 45 days after any such motion has been denied.
7  Dated: ___9/12___, 2005
8
9                                                    _____
                                                     Judge of the District Court
10
11
...
26

                                       3
              STIPULATION AND        ORDER TO EXTEND RESPONSE DATE
                    SUAREZ ET AL. V. INTEL CORP. 05-CV-1507

SF/21633600.1