OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 10, 2006

TO: Counsel of Record (See attached)

RE: <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

    This is to advise you that a certified copy of the Multi-District Conditional Transfer Order was docketed in this court on 12/6/05.

    The following action has been transferred to the District of Delaware:

<u>Suarez v. Intel Corp.</u>, C.A. No. 05-1507
USDC Delaware's civil action number 05-911 JJF

    The name and address of the Judge to whom this case has been assigned in this court is:

> The Honorable Joseph J. Farnan, Jr.
> United States Judge
> District of Delaware
> 844 N. King St., Lockbox 27
> Wilmington, DE 19801

    Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

    Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

    Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

 Thank you.

          Sincerely,
          PETER T. DALLEO, CLERK


          __/s/_____
          Monica Mosley
          Deputy Clerk

cc:  Honorable Joseph J. Farnan, Jr.
   Counsel on Attached Mailing List for 05-911 JJF