# Mailing Information for a Case 1:05-md-01717-JJF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Maria Nunzio Alioto**
  malioto@tatp.com

- **Donald Chidi Amamgbo**
  DonaldAmambgo@Citycom.com

- **Eric M. Andersen**
  emandersen@prickett.com

- **David Mark Balabanian**
  david.balabanian@bingham.com

- **Adam L. Balick**
  abalick@balick.com

- **Gordon Ball**
  filings@ballandscott.com

- **Steve W. Berman**
  steve@hbsslaw.com heatherw@hbsslaw.com

- **Darren B. Bernhard**
  bernhardd@howrey.com

- **Garrett D. Blanchfield, Jr**
  g.blanchfield@rwblawfirm.com

- **David Boies, III**
  dboies@straus-boies.com

- **Robert E. Cooper**
  rcooper@gibsondunn.com

- **Frederick L. Cottrell, III**
  cottrell@rlf.com

- **Charles P. Diamond**
  CDiamond@omm.com

- **Donald F. Drummond**
  ballen@drummondlaw.net

- **Jef Feibelman**

jfeibelman@bpjlaw.com

- **Nancy Fineman**
  nfineman@cpsmlaw.com

- **Steven J. Fineman**
  fineman@rlf.com

- **Daniel S. Floyd**
  dfloyd@gibsondunn.com

- **Joy K. Fuyuno**
  joy.fuyuno@bingham.com

- **David William Gregory**
  dwgregory@prickett.com cagott@prickett.com

- **Christopher B. Hockett**
  chris.hockett@bingham.com

- **James L. Holzman**
  jlholzman@prickett.com mafurry@prickett.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com;nmcmenamin@potteranderson.com;achin@potteranderson.com;mba

- **Fred T. Isquith**
  Isquith@whafh.com

- **Michele C. Jackson**
  mjackson@lchb.com

- **Jeffrey F. Keller**
  jfkeller@kellergrover.com

- **Jerry W. Laughlin**
  jlaughlin2@earthlink.net

- **Michael P. Lehmann**
  mlehmann@furth.com

- **James Gordon McMillan, III**
  jmcmillan@bmf-law.com

- **A. Zachary Naylor**
  zacharynaylor@chimicles.com amandadurham@chimicles.com

- **Ali Oromchian**
  ao@ftllaw.com

- **Joseph M. Patane**
  jpatane@tatp.com

- **Juden Justice Reed**
  jreed@schubert-reed.com

- **Mark A. Samuels**
  MSamuels@omm.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Francis O. Scarpulla**
  foslaw@pacbell.net

- **Chad Michael Shandler**
  shandler@rlf.com pstewart@rlf.com

- **Linda J. Smith**
  lsmith@omm.com

- **Reginald Von Terrell**
  REGGIE2@aol.com

- **B.J. Wade**
  bwade@gewwlaw.com

- **Bruce J. Wecker**
  bwecker@hosielaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103

Scott Ames
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
```

701 Pike St.
Suite 1525
Seattle, WA 98101

**Michael J. Beck**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Craig C. Corbitt**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Lance A. Harke**
Harke & Clasby LLP
155 South Miami Ave.
Suite 600
Miami, FL 33130

**Daniel Hume**
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

**Michael L. Kirby**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

**Donald L. Perelman**
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103

**Randy R. Renick**
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103

**Richard A. Ripley**
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036

**Douglas G. Thompson, Jr**
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007

**Edward A. Wallace**
The Wexler Firm LLP
One North LaSalle St.
Suite 2000

Chicago, IL 60602